UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

        Plaintiff,

v.

BRANDON MICHAEL-RAY CASERTA

        Defendant(s).

Case No. 1:20-CR-00183

Hon. Robert J. Jonker

**GOVERNMENT'S INITIAL PRETRIAL CONFERENCE SUMMARY STATEMENT**

I. **DISCOVERY**

    A. <u>Statements of Defendant</u>

        1. <u>Oral Statements (Rule 16(a)(1)(A))</u>

☐ There are no written records of oral statements or other oral statements as defined in Rule 16(a)(1)(A).

☒ There are the following written records of oral statements:

> -FBI Report of Custodial Interrogation (also audio/video recorded)

The substance of which

☐ has been disclosed to defense counsel.

☒ will be disclosed to defense counsel by   January 15, 2021  .

        2. <u>Written or Recorded Statements (Rule 16(a)(1)(B))</u>

☐ There are no written or recorded statements or grand jury testimony of defendant.

☒ There are the following written or recorded statements or grand jury testimony:

> -Audio recordings (covert surveillance)
> -Audio/video recording of custodial interview
> -Text messages, chats
> -Audio/video recordings sent through social media

All written or recorded statements

☐ have been disclosed to defense counsel.

☒ will be disclosed to defense counsel by   January 15, 2021  .

B. <u>Defendant's Prior Record (Rule 16(a)(1)(D))</u>

☐ The Government has made due inquiry and is not aware of any prior criminal record.

☒ The Government has disclosed defendant's prior criminal history.

☐ The Government is now making inquiry into defendant's prior criminal history. The results will be disclosed to defense counsel upon receipt.

C. <u>Documents and Tangible Objects (Rule 16(a)(1)(E))</u>

☐ The Government has no documents, tangible objects, or physical evidence required to be disclosed.

☒ The Government has the following documents, tangible objects, and physical evidence:
    ☐ Drug Paraphernalia    ☐ Drug Records    ☐ Inventory (attached)
    ☐ Controlled Substances: _____
    ☐ Records: _____
    ☒ Firearms: See returns on warrants listed below
    ☒ Other: See returns on warrants listed below

☒ The Government voluntarily notifies the defendant of the following search warrants issued and the warrant returns:
    ☐ State
    ☒ Federal:
      Case No. 20-mj-461 (TikTok)    Re: 20-mj-349, 392, 393, 394, 396 (ping)
      Case No. _____    Re: 20-mc-505016-10 (electronic devices)
      Case No. _____    Re: 20-mc-50516-5, 8, 11 (home, vhc, locker)

☐ They have been made available for inspection and copying by defense counsel.

☒ Defense counsel should make arrangements with: FBI Special Agent Tony Resendez

D. <u>Reports of Examinations and Tests (Rule 16(a)(1)(F))</u>

☐ The Government has no reports of examinations or tests required to be disclosed by Rule 16.

☒ The Government has or expects to have reports of the following examinations and tests:
    ☐ Drug Analysis    ☐ Handwriting    ☒ Fingerprints
    ☐ DNA    ☒ Firearms/Nexus    ☒ Gun Operability
    ☒ Computer Forensics    ☐ Other: _____

E. <u>Reciprocal Discovery</u>

☒ The Government seeks reciprocal discovery.

F. Notice Under FRE 404(b)

☒ The Government does not presently intend to introduce 404(b) evidence.

☐ The Government does presently intend to introduce the following 404(b) evidence:

☐ The Government will provide pretrial notice of 404(b) evidence by _____ .

G. Other Discovery Matters

II. TRIAL
A. The Government requests a  ☒ jury  ☐ non-jury  trial.
B. The length of trial excluding jury selection is estimated at ____3 weeks____ .

III. MISCELLANEOUS

The parties acknowledge that if the case is appropriate for expedited resolution, a joint motion for expedited sentencing shall be filed within 14 days of arraignment.

☒ The Government is unaware at this time of any known conflict with defendant's representation by counsel. The United States will immediately advise counsel if any such conflict becomes known.

☐ The Government is aware of the following potential conflicts:

☒ Government's plea negotiation policy:
To benefit from concessions by the government, Defendant must enter plea agreement 4 weeks before the final pretrial conference.

Date ____December 17, 2020____    ____Austin J. Hakes____
                                   Counsel for the United States

(Rev. 03/01/2019)