# Exhibit 2



00111882



00111883





00111885