THE UNITED STATES OF AMERICA,

    Plaintiff,

Case No: 1:20-CR-183

Honorable Robert Jonker

v.

BRANDON CASERTA,

    Defendant.

## DEFENDANT BRANDON CASERTA'S MOTION IN LIMINE TO EXCLUDE STATEMENTS AS IRRELEVANT AND UNFAIRLY PREJUDICIAL

NOW COMES Defendant, Brandon Caserta, through counsel, asks this Court to exclude the videos outlined in the Superseding Indictment in Paragraph 18 that state Brandon Caserta is instructing his "co-conspirators in an encrypted video message that if they encountered police during a reconnaissance, they should give the officers one opportunity to leave, and kill them if they did not comply."

This Motion is accompanied by a Brief in Support.

Respectfully Submitted,

HILLS LAW OFFICE, P.C.

Dated: July 12, 2021

    */s/Michael D. Hills*
Michael D. Hills (P58571)
Attorney for Defendant

BUSINESS ADDRESS:
425 South Westnedge Ave
Kalamazoo, MI 49007
269-373-5430
mhills@hillslawoffice.com