THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE UNITED STATES OF AMERICA,

        Plaintiff,

v.

BRANDON CASERTA,

        Defendant.

Case No: 1:20-CR-183

Honorable Robert Jonker

**JOINDER IN DEFENDANT FOX' MOTION
FOR SPECIAL JURY INSTRUCTION BASED ON BRANDENBURG V. OHIO**

Defendant's co-defendant, Adam Fox, submitted a comprehensive Motion in Limine addressing Brandenburg issues and asserting them as a basis for additional jury instructions pursuant to the holding of *Brandenburg v. Ohio*, 395 U.S. 444 (1969). The motion in summary asserts that an instruction on imminence is necessitated by the fact that the alleged conspiracy is constructed almost entirely of constitutionally protected political speech. Defendant joins in that argument. *See ECF 219 and ECF 220.*

Respectfully Submitted,

HILLS LAW OFFICE, P.C.

Dated: July 12, 2021

   */s/Michael D. Hills*
Michael D. Hills (P58571)
Attorney for Defendant

BUSINESS ADDRESS:
425 South Westnedge Ave
Kalamazoo, MI 49007
269-373-5430
mhills@hillslawoffice.com