9:04   89%

EXHIBIT 1

< **REDACTED**

> Hell be sending it in messenger Frank and me
> 3:29 PM

D Work email is good if you want videos
3:30 PM

Copy. This is demo guy?

3:30 PM  himpola@fbi.gov

D No just shooters

> He'll be here later. Shoot house in a lil bit
> 3:32 PM

D Going good here. Just burin rounds. Lending out mpx making friends
4:31

9:04

< REDACTED

**4:32 PM** — Nice. Good work. Comms are good.

**D** Inside house rifle rack in living room. 8-10 rifles/ shot guns — 4:46 PM

**D** Coms good — 6:17 PM

**6:18 PM** — It's ok. A bit spotty now.

Heard the pearl harbor stuff

**D** Fob is on still to — 6:57 PM

**6:58 PM** — Sweet. Phone at 6 % battery. Can you throw it on the battery pack. If not able to, that's ok.

00112006



**< REDACTED**

**D**: Getting it now  *7:11 PM*

*7:11 PM*  Thx. What's the schedule for tonight?

**D**: Continue live fire shoot house. We're going back to hotel tonight. I think I'm gonna get pressed  *7:14 PM*

**D**: Joe Pete talked to Paul week 2 ago thinking I was a fed

I've got a handle on it  *7:15 PM*

Shit. You gonna be ok? How did this shit happen. Be sure to 

    

 

00112007