UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                          Case No. 1:20−cr−183

v.                                       Hon. Robert J. Jonker

BRANDON MICHAEL−RAY CASERTA,

       Defendant.
_____/

## ORDER

      This matter is before the Court on Defendant Brandon Caserta's Motion Pursuant to Local Rule 47.2(c) to File a Reply to Government's Response to Defendants' Motions to Compel (ECF No. 264). Upon review of the motion and related filings, the motion (ECF No. 264) is granted. Defendant Brandon Caserta's proposed reply is accepted for filing.

      IT IS SO ORDERED.

Dated:  August 26, 2021                         /s/ Sally J. Berens
                                                            SALLY J. BERENS
                                                             U.S. Magistrate Judge