UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ADAM DEAN FOX,
BARRY GORDON CROFT, JR.,
KALEB JAMES FRANKS,
DANIEL JOSEPH HARRIS, and
BRANDON MICHAEL-RAY CASERTA,

    Defendants.
_____/

Hon. Robert J. Jonker

Case No. 1:20-cr-00183

## ORDER

This matter is before the Court on Defendant Brandon Caserta's Motion to Compel Discovery (ECF. No. 225) and Defendant Kaleb Franks's Motion for Disclosure of All Records Related to Confidential Human Sources (ECF No. 258). For the reasons stated on the record at the hearing held September 2, 2021, both motions are denied.

    IT IS SO ORDERED.

Dated: September 2, 2021

    /s/ Sally J. Berens
    SALLY J. BERENS
    U.S. Magistrate Judge