US v. FOX, et al – 1:20-CR-183-RJJ

ATTACHMENT – CURRICULUM VITAES

1) Kelly Van Arsdale, Forensic Examiner FBI

2) Robert Gillette, Forensic Chemist FBI

3) Michael Jacobs, Special Agent ATF

4) Michael Yauk, Senior Forensic Examiner FBI

Kelly A. Van Arsdale
Page 1 of 6
July 22, 2021
CURRICULUM VITAE

# Kelly A. Van Arsdale

Federal Bureau of Investigation
2501 Investigation Parkway
Quantico, Virginia 22135
(703) 632-8459

## PROFESSIONAL EXPERIENCE

Mar 2013 - Present

**Supervisory Special Agent Bomb Technician / Explosives and Hazardous Devices Examiner**
Federal Bureau of Investigation
FBI Laboratory
Quantico, Virginia

Perform forensic examinations on evidence submitted to the Explosives Unit in the areas of explosives and hazardous devices in criminal investigations in order to identify bomb components and reconstruct explosive devices. Serve as an advisor to FBI Evidence Response Teams at bombing crime scenes for the purpose of collection and preservation of physical evidence. Provide written reports and expert testimony regarding results of explosives and hazardous device analyses. Conduct research and testing of explosives and explosive devices. Primary instructor for FBI Post Blast Investigator Schools. Examiner status – currently in training.

Dec 2007 – Mar 2013

**Special Agent Bomb Technician**
Federal Bureau of Investigation
Washington Field Office
Washington, DC

Respond to investigations and calls for service regarding Improvised Explosive Devices (IEDs) and conduct operational Render Safe Procedures (RSP) in conjunction with local, county, and state bomb squads. Collect and maintain evidentiary items in support of bombing investigations as appropriate, forwarding evidence to FBI Explosives Unit for forensic exploitation. Conduct IED RSP and Post Blast Investigator training for local, state, and county bomb squads and evidence response team personnel. Provide training to explosives detection canine teams.

Dec 2004 – Dec 2007

**Hazardous Materials Response Team**
Federal Bureau of Investigation
Washington Field Office
Washington, DC

Respond to criminal incidents involving potential hazardous materials or weapons of mass destruction events. Conduct initial assessments of nuclear, biological, chemical, and radiological threats or scenes. Document, preserve, and collect

Kelly A. Van Arsdale
Page 2 of 6
July 22, 2021
CURRICULUM VITAE

evidence in a hazardous environment and/or potential hazardous materials crime scene, and transport the evidence if necessary to specialized laboratories for exploitation.

Dec 2009 – Mar 2013    **Special Agent**
Federal Bureau of Investigation
Washington Field Office - Criminal Division
Washington, DC

Investigate criminal cases involving organizations and individuals defrauding health care insurance programs.  Conduct large scale prescription drug investigations targeting physicians and criminal enterprises engaged in illegal prescription drug acquisition and distribution.  Conduct major provider drug initiatives targeting companies, corporations, hospitals, and large provider groups who devise health care fraud schemes.  Managed case investigations by serving search warrants, collecting evidence, conducting interviews, and effecting arrests.

Mar 2003 – Dec 2009    **Special Agent**
Federal Bureau of Investigation
Washington Field Office – Counterterrorism Division

Member of the Amerithrax Task Force investigating the 2001 anthrax attacks. Work with scientists to employ advanced scientific methodologies to exploit forensic evidence.  Perform extensive evidence review.  Conduct interviews, execute warrants, and collect evidence in support of large-scale bio-terrorism investigation.  Prepare detailed case report summaries.

July 1999 – Mar 2003    **Physical Science Technician**
Federal Bureau of Investigation
FBI Laboratory – Explosives Unit
Washington, DC

Provide assistance to Explosives and Hazardous Device Examiners by conducting technical exams on explosive-related cases.  Receive and deliver evidence to/from other laboratory forensic disciplines, ensuring proper chain of custody.  Inventory and photograph evidence and prepare detailed laboratory notes.  Utilize scientific equipment and technical tools to conduct standard examinations.  Assist supervisor in crime scene processing, IED construction, and device analysis. Provide instruction and guidance during explosive range demonstrations, presentations, and tours.  Liaison with outside agencies and field offices pertaining to examinations and submittal of evidence.

July 1997 – July 1999    **Physical Science Technician**
Federal Bureau of Investigation
FBI Laboratory – Trace Evidence Unit
Washington, DC

Process evidence in the Trace Evidence Unit and perform examinations for hairs, fibers, rope/cordage, and fabric.  Conduct collection and preservation techniques. Maintain and record accurate and detailed laboratory notes.

**Kelly A. Van Arsdale**
**Page 3 of 6**
**July 22, 2021**
**CURRICULUM VITAE**

EDUCATION

| | |
|---|---|
| Sep 1993 – May 1997 | **Michigan Technological University**<br>Houghton, Michigan<br>Bachelor of Science Degree<br>Major: Clinical Laboratory Science |

PROFESSIONAL TRAINING

| | |
|---|---|
| 06/2021 | U.S. Marine Corps Officer-In-Charge/Range Safety Officer Training & Re-Certification |
| 10/2020 | Hazardous Devices School Bomb Technician Re-Certification |
| 06/2018 | U.S. Marine Corps Range Safety Officer Training & Re-Certification |
| 05/2017 | Hazardous Devices School Bomb Technician Re-Certification |
| 02/2017 | U.S. Department of Energy Radiological Worker II |
| 05/2016 | FBI Instructional Strategies Course |
| 04/2016 | Tour of Austin Powder Company, McArthur, Ohio |
| 01/2016 | High Voltage Firing Systems Course - AT Solutions |
| 03/2015 | U.S. Marine Corps Range Safety Officer Training & Re-Certification |
| 02/2015 | FBI Presentation Skills Course |
| 10/2014 | The Blast Effects Computer and Technical Paper 17 |
| 01/2014 | Hazardous Devices School Bomb Technician Re-Certification |
| 05/2012 | U.S. Marine Corps Range Safety Officer Training & Re-Certification |
| 07/2011 | A-T Solutions Improvised Explosive Device (IED) Advance Electronics |
| 07/2013 | FBI National Improvised Explosives Familiarization |
| 01/2011 | Hazardous Device School Bomb Technician Re-Certification |
| 07/2010 | Ahura First Defender Instrument Interpretation |
| 12/2009 | Explosives Ordnance Disposal Electronics Design and Defeat – WMD Tech |
| 04/2009 | FBI Post Blast Investigators – Instructor Development Course |
| 03/2009 | Army Battlefield Forensics – Biometric Intelligence Project Training |
| 12/2008 | FBI Hazardous Devices Response Unit Counter Terrorism IED Hand Entry Training |

| | |
|---|---|
| 12/2007 | Hazardous Devices School Bomb Technicians Robotics Course |
| 12/2007 | Hazardous Devices School: Bomb Technician Certification |
| 08/2007 | A-T Solutions IED Electronics |
| 03/2007 | FBI Chemistry of Hazardous Materials |
| 02/2007 | WMD Emergency Responder Hazardous Materials Technician Course – HazMat Emergency Responder Certification |
| 09/2006 | FBI Radiological Crime Scene Investigations Course/Radiological Worker II |
| 02/2005 | FBI Weapons of Mass Destruction Crime Scene Course |
| 02/2005 | FBI Hazardous Materials Operational Response Course |
| 07/2003 | FBI New Agent Training |
| 05/2001 | FBI Evidence Response Team Basic Training |
| 07/2000 | Chemistry of Pyrotechnics and Explosives |
| 06/2000 | U.S. Naval Explosive Ordnance Disposal School – Basic Demolition Course |
| 01/2000 | Hazardous Devices School Explosives Handlers Course |
| 12/1999 | Structural Aspects of Bombing Investigations |
| 11/1999 | FBI/OSHA Hazardous Materials Operations Course |
| 11/1999 | FBI Explosives Handlers Certification/Explosives Proficiency Validation |
| 08/1999 | FBI Post Blast Investigators School |
| 06/1998 | U.S. Department of Transportation – Transportation Safety Institute Air Transportation of Hazardous Materials Course |

## PROFESSIONAL AFFILIATIONS

| | |
|---|---|
| 2003 - Present | FBI Agents Association |
| 2008 - 2012 | International Association of Bomb Technicians and Investigators |

## INSTRUCTOR TRAINING CERTIFICATIONS

| | |
|---|---|
| 06/2016 | Adjunct Faculty Member – Laboratory Specialty; Post Blast Investigations; Explosive, IED & X-Ray Training & Interpretation |

**Kelly A. Van Arsdale**
**Page 5 of 6**
**July 22, 2021**
**CURRICULUM VITAE**

COURSES/SCHOOLS AS INSTRUCTOR

2016 - Present   FBI Post Blast Investigators School – Domestic

2013 – Present   IED Familiarization & X-Ray Interpretation

2008 – Present   Assistant Instructor for FBI Post Blast Investigator Schools – Domestic and International

2020 – Present   Lead Instructor for FBI Explosives Awareness & IED Familiarization Course for K9 Handlers

FORENSIC CASEWORK EXPERIENCE

09/2016   NEWARK / NEW YORK IED ATTACKS – Technical Assistance:  Examined evidence and prepared detailed notes.  Conducted render safe procedures on intact IEDs.

04/2013   BOSTON MARATHON BOMBING – Technical Assistance:  Inventoried, examined, and photographed evidence.  Prepared detailed notes pages.

02/2002:   SHOEBOM (ATTEMPTED AIRLINE BOMBING) – Technical Assistance:  Inventoried, examined, and photographed evidence.  Coordinated forensic examinations with other disciplines in the Laboratory.  Prepared detailed notes pages in support of explosives and hazardous device report.

09/2001   PENTTBOM (SEPTEMBER 11TH ATTACKS) – Technical Assistance:  Inventoried, examined, and photographed evidence.  Coordinated forensic examinations with other disciplines in the Laboratory.

10/2000   ADENBOM (BOMBING OF THE USS COLE) – Technical Assistance:  Inventoried, examined, and photographed evidence.  Coordinated forensic examinations with other disciplines in the Laboratory.

12/1999   MILLENIUM BOMBER (ATTEMPTED NEW YEARS EVE ATTACKS) – Technical Assistance: Inventoried, examined, and photographed evidence.  Prepared detailed notes pages.  Coordinated forensic examinations with other disciplines in the Laboratory

04/2013   BOSTON MARATHON BOMBING – Technical Assistance: Inventoried and examined evidence. Prepared detailed notes pages and coordinated forensic exams with othe disciplines.

**Crime Scene / Field Office Investigation and Support:**

03/2018   HOUSTON, TX – Operational Support: Provided guidance in the search and collection of explosives precursors and possible bomb-related components.

03/2007   AMERITHRAX (2001 ANTHRAX LETTER ATTACKS) – Operational Support:  Conducted hazmat search in biosafety level containment suite.

07/2005   STOLEN VEHICLES (POTI, GEORGIA) – Overseas Operational Support:  Traveled to Poti, Georgia.  Processed approximately 12 vehicles recovered from a cargo vessel for

**Kelly A. Van Arsdale**
**Page 6 of 6**
**July 22, 2021**
**CURRICULUM VITAE**

latent fingerprints.  Searched vehicles for hiden contraband and other evidence of related criminal activities.

07/2005    ASSASSINATION ATTEMPT (TBILISI, GEORGIA) – Overseas Technical Assistance: Traveled to Tbilisi, Georgia.  Conducted search of residence and storage areas of subject involved in the attempted assassination of President Bush.  Collected, sampled, and removed hazardous chemicals and materials from the premise.

01/2003    AMERITHRAX – Operational Support:  Provided coordination and support  for human scent evidence team canine searches of properties and rural areas in Maryland.

11/2002    AMERITHRAX – Operational Support:  Provided organization, planning and support for large scale crime scene and canine searches of properties in Maryland.

10/2002    SNIPEMUR (DC SNIPER ATTACKS) – Operational Support:  Provided logistical support and coordination for human scent evidence canine teams.  Conducted search operations following the string of shootings in the DC metropolitan area.

07/2002    AMERITHRAX – Operational Support:  Traveled to Louisiana to support human scent evidence canine teams in searches of buildings and properties in and around Baton Rouge, Louisiana.

02/2002    SHOEBOM – Technical Assistance:  Traveled to Seattle, Washington to conduct examination and analysis of aircraft material structure at Boeing manufacturing plant.

09/2001    PENTTBOM –Operational Support:  Responded to the Pentagon to provide crime scene search and evidence recovery.

02/2001    MILLENIUM BOMBER – Technial Assistance:  Traveled to Los Angeles, California to provide assistance with evidence for witness prep and trial of Ahmed Ressam

12/2000    ADENBOM – Technical Assistance:  Traveled to Pascagula, Mississippi to conduct evidence recovery operations on the USS Cole.

# Robert W. Gillette

Federal Bureau of Investigation
Laboratory Division
Explosives Unit
2501 Investigation Parkway
Quantico, VA 22135

Phone: (703) 632-7652        Email: rwgillette@fbi.gov

---

PROFESSIONAL EXPERIENCE

---

DEC 2012 - Present     **Chemist - Forensic Examiner**
Explosives Unit
FBI Laboratory
Federal Bureau of Investigation
Quantico, VA

Performed forensic examinations on evidence submitted to the Explosives Unit for the presence explosives. Wrote reports regarding results of the analyses and as necessary provided testimony regarding the results of the examinations. Managed the proficiency testing program for the unit.

JUN 2009 – DEC 2012   **Chemist**
Explosives Unit and Forensic Operations Unit
FBI Laboratory
Federal Bureau of Investigation (April 2012 - Dec 2012)
Oak Ridge Associated Universities (June 2009 - April 2012)
Quantico, VA

Performed forensic examinations on evidence submitted to the Explosives Unit and the Forensic Operations Unit for the presence explosives.

JUL 2007 – MAY 2009   **Associate Chemist**
OCONUS Laboratory Support
Special Programs Division
Midwest Research Institute
Kansas City, MO

Performed development and validation of an ion chromatography/mass spectrometry (IC/MS) procedure for the analysis of explosives and unknown samples. Prepared and analyzed samples using IC/MS.

**Robert W. Gillette**
**Page 2 of 5**
**July 22, 2021**
**CURRICULUM VITAE**

JUN 2000 – NOV 2005   **Visiting Scientist**
Counterterrorism and Forensic Science Research Unit
FBI Laboratory
Federal Bureau of Investigation
Quantico, VA

Performed forensic science research for the development and validation of various analytical methods. The techniques developed included IC/MS, liquid chromatography/mass spectrometry, and capillary electrophoresis.  Prepared and analyzed various samples including explosives, food, and biologicals.

PROFESSIONAL MEMBERSHIPS

MAY 2019 – Present   **Steering Committee - International Advisor**
Forensic International Network for Explosives Investigation (FINEX)
European Network of Forensic Science Institutes (ENFSI)

Represented the FBI as a member on the steering committee for the expert working group on explosives (FINEX) of the ENFSI.  Worked together with international experts through exchanges of technical information with the goal of improving and advancing the field of forensic explosives investigations.

EDUCATION

JAN 2007   **George Mason University**
Fairfax, Virginia
Master of Science Degree (Thesis)
Major:  Chemistry

MAY 2001   **George Mason University**
Fairfax, Virginia
Bachelor of Science Degree
Major:  Chemistry

**Robert W. Gillette**
**Page 3 of 5**
**July 22, 2021**
**CURRICULUM VITAE**

TRAINING/CONFERENCES/MEETINGS

| | |
|---|---|
| 2021 | FINEX Ask an Expert Session, (Virtual) |
| 2021 | *National Improvised Explosive Familiarization*, FBI (Florence, AL) |
| 2020 | FINEX Ask an Expert Session, (Virtual) |
| 2019 | FINEX Conference (Cergy-Pontoise, France) |
| 2018 | *National Improvised Explosive Familiarization*, FBI (Huntsville, AL) |
| 2017 | 12th International Symposium on the Analysis and Detection of Explosives (Oxford, England) |
| 2016 | TSL Explosives Detection Training Workshop (Atlantic City International Airport, NJ) |
| 2015 | IED Updates and Trends Workshop (Cagayan de Oro City, Mindinao, Philippines) |
| 2015 | ATF laboratory tour and meeting (Ammendale, MD) |
| 2015 | CTTSO Explosives Detection Technology Demonstration (Tysons, VA) |
| 2014 | MP Associates pyrotechnic production facility tour (Ione, CA) |
| 2013 | *WMD Crime Scene Operations Course*, FBI Laboratory (Quantico, VA) |
| 2013 | *Hazardous Materials Operations Course*, FBI Laboratory (Quantico, VA) |
| 2013 | *Laboratory Analysis of Fire Debris Evidence*, FBI Laboratory Explosives Unit (Quantico, VA) |
| 2012 | *LTQ Operations Course,* Thermo Fisher Scientific (West Palm Beach, FL) |
| 2012 | *National Improvised Explosive Familiarization*, FBI (Cedar Rapids, IA) |
| 2011 | *First Defender RM*, Thermo Fisher Scientific (Quantico, VA) |
| 2011 | *The Chemistry of Pyrotechnics & Explosives,* Washington College (Chestertown, MD) |
| 2011 | *Explosives Analysis*, FBI Laboratory Explosives Unit (Quantico, VA) |
| 2010 | *FTIR/Raman/NIR*, Thermo Scientific (Richmond, VA) |
| 2010 | *FTIR*, Thermo Scientific (Madison, WI) |
| 2010 | *Explosives Engineering*, Paul W. Cooper, Instructor (Fredericksburg, VA) |
| 2010 | *Scanning Electron Microscopy*, College of Microscopy (Westmont, IL) |
| 2010 | *Fundamentals of X-ray Powder Diffraction*, ICDD (Newtown Square, PA) |
| 2009 | *Large Vehicle Bomb Post Blast Investigator School*, FBI (Concord, NH) |
| 2009 | *LC Operations*, Agilent (Overland Park, KS) |

EXPERT TESTIMONY

| | |
|---|---|
| FEB 2019 | Courtroom Testimony<br>The People of the State of California vs. Saleh Ali<br>Superior Court of the State of California, County of Orange<br>Discipline – Explosives Chemistry |
| NOV 2018 | Courtroom Testimony<br>United States of America vs. Akayed Ullah<br>United States District Court, Southern District of New York<br>Discipline – Explosives Chemistry |
| OCT 2018 | Courtroom Testimony<br>The People of the State of California vs. Jeffrey Enslow<br>Superior Court of the State of California, County of Kern<br>Discipline – Explosives Chemistry |

**Robert W. Gillette**
**Page 4 of 5**
**July 22, 2021**
**CURRICULUM VITAE**

PRESENTATIONS

| | |
|---|---|
| Ongoing | *Improvised Explosives Awareness*, DEA Clandestine Laboratory Classes (Quantico, VA) |
| 2021 | *Explosives Field Detection*, National Improvised Explosive Familiarization (Seattle, WA) |
| 2021 | *Improvised Explosives and Explosives Precursors*, Explosives Awareness and IED Familiarization Course for K9 Handlers.  Quantico, VA |
| 2021 | *Explosives Field Detection*, National Improvised Explosive Familiarization (Florence, AL) |
| 2020 | *An Introduction to Improvised Explosives.*  Improvised Explosives and Explosive Devices Training, Stafford County Sherriff's Office.  Quantico, VA. |
| 2019 | *Improvised Explosives.*  Improvised Explosives Training, International Association of Bomb Technicians and Investigators.  Fort Wayne, IN. |
| 2019 | *Improvised Explosives Investigation.*  2019 FINEX Conference.  Cergy-Pontoise, France |
| 2018 | *Explosives Field Detection*, National Improvised Explosive Familiarization (Huntsville, AL) |
| 2017 | *Implementing IC-MS at the FBI Laboratory.*  12th International Symposium on the Analysis and Detection of Explosives.  Oxford, England. |
| 2017 | *The Improvised Explosive Threat.*  Advanced Post Blast Investigation Course.  Jaegerspris, Denmark. |
| 2016 | *Explosives Field Detection.*  Bomb Scene Management and Homemade Explosives Course.  Nairobi, Kenya. |
| 2015 | *Explosives Chemistry in Post Blast Investigations.*  Philippine Bomb Data Center.  Camp Crame, Quezon City, Philippines. |
| 2015 | *Collection and Preservation of Explosives from Post Blast Scenes.*  IED Updates and Trends Workshop 2015.  Cagayan de Oro City, Mindinao, Philippines. |
| 2006 | *Analysis of Explosives and Explosive Residue by Ion Chromatography/Mass Spectrometry.*  George Mason University.  Fairfax, VA. |
| 2005 | *Analysis of Explosives and Explosive Residue by Ion Chromatography/Mass Spectrometry.*  FBI Laboratory Counterterrorism and Forensic Science Research Unit.  Quantico, VA. |
| 2002 | *Analysis of Anions in Food and Biological Samples by Capillary Electrophoresis (Poster).*  American Chemical Society Middle Atlantic Regional Meeting. Fairfax, VA. |
| 2001 | *Analysis of Anions using Capillary Electrophoresis.* FBI Laboratory Chemistry Unit.  Washington D.C. |

**Robert W. Gillette**
**Page 5 of 5**
**July 22, 2021**
**CURRICULUM VITAE**

PROFESSIONAL OPERATIONS

| | |
|---|---|
| JUL 2019 | North Carolina:  Improvised Explosives Investigation |
| JUN 2018 | Pennsylvania:  Improvised Explosives Investigation |
| MAR 2018 | Texas:  Improvised Explosives Investigation |
| SEP 2016 | New Mexico:  Improvised Explosives Investigation |
| APR 2014 | Bermuda:  Explosives Residue Investigation |

PUBLICATIONS

R. Gillette, J.M. Doyle, M.L. Miller, M.A. Montgomery, G.W. Mushrush.  Capillary electrophoresis screening of poisonous anions extracted from biological samples.  Journal of Chromatography B, Volume 831, Issues 1-2, 2 February 2006, Pages 190-195.

M.L. Miller, J.M. Doyle, R.A. Lee, R. Gillette.  Analysis of Anions by Capillary Electrophoresis and Ion Chromatography for Forensic Applications.  Forensic Science Communications. 2 (2001).

## <u>STATEMENT OF QUALIFICATIONS</u>

Michael H. Jacobs
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives
Detroit, Michigan

I, Michael Hussain Jacobs hereby declare and state:

1. That I am employed with Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) as a Special Agent (SA) and have served in that capacity since March 2016.  I am currently assigned to the Detroit Field Division Group IV as well as the FBI Detroit Violent Crimes Task Force.

2. As a Special Agent with ATF, one of my responsibilities is conducting criminal investigations into alleged violations of the Federal firearms laws.  I have acquired knowledge and experience as to firearms, ammunition, and the interstate nexus of firearms and ammunition, due to investigations, research, records, familiarity, conferring with other experts, training, teaching, and certifications.  I prepare reports and official correspondence relating to the identification, origin, and classification of firearms and ammunition under the provisions of the Federal firearms laws.

3. Prior to being employed by the ATF, I was employed as a police officer in Detroit, Michigan at the Wayne State University Police Department for approximately eight years from 2008 to 2016. During my time as a Wayne State University Police Officer, I was assigned as a Task Force Officer (TFO) with the Detroit Federal Bureau of Investigation (FBI) Violent Crimes/Violent Gangs Task Force for approximately four years.

4. That during the course of my duties, I have examined hundreds of firearms and rounds of ammunition for the purpose of determining the manufacturer, model, caliber/gauge, and serial number; the place of manufacturer; function and design, and/or status as related to the National Firearms Act and the Gun Control Act.

5. That I have contacted the ATF National Tracing Center on numerous occasions and requested firearms traces concerning the manufacture and interstate/intrastate shipment of firearms.  I have also assisted numerous Federal, state and local law enforcement agencies with firearm traces.

6. I earned my Bachelor of Science degree in Criminal Justice from Wayne State University in Detroit, Michigan in December of 2007.

7. I graduated from and received basic Police Officer training from the Wayne County Regional Police Academy at Schoolcraft College in Garden City, Michigan in May of 2008.

8. I received Federal Law Enforcement Training by attending Criminal Investigator Training Program and the ATF Special Agent Basic Training in the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia, in 2016.

9. I completed the Rifle Instructor/ Sub Machine Gun Instructor Course at The Macomb Police Academy in Clinton Township, Michigan.

10. In 2019, I attended the ATF Interstate Nexus training in Glynco, Georgia and the Advanced Interstate Nexus Training at various locations around the New England region of the United States.

11. That I have received formal training for law enforcement personnel in both a general and specific nature as it pertains to the recognition and identification of firearms and ammunition and their place of manufacture.  This training includes, but is not limited to the following:

> Criminal Investigator School, Federal Law Enforcement Training Center, Glynco, Georgia
> Special Agent Basic Training, ATF National Academy, Glynco, Georgia
> Firearms Interstate Nexus Training, ATF National Academy. Glynco, Georgia.
> Advanced Interstate Nexus Training, New England, USA.

> During the Interstate Nexus Training in Glynco, Georgia, I personally toured the following firearms manufacturing plant:

> Daniel Defense Systems firearms manufacturing plant.

> During the Advanced Interstate Nexus Training in New England, I personally toured the following firearms manufacturing plants:

> Sturm, Ruger & Company
> Sig Sauer
> Smith & Wesson
> Smith and Wesson Precision Plastics
> Kahr Arms Manufacturing Company
> Colt's Manufacturing Company

I also toured the Springfield Armory national Historic Site, Springfield, Massachusetts where I examined over 100 firearms in the firearm's library.

12. That I maintain current information regarding a historical list of licensed U.S. and foreign manufacturers, importers, and distributors, as well as common firearms proof marks utilized by numerous foreign countries.

13. That my expertise relative to the various disciplines of firearms and ammunition to include interstate nexus has been requested and recognized by the following agencies:

> Bureau of Alcohol, Tobacco, Firearms and Explosives
> Federal Bureau of Investigation
> United States Attorney's Office for the Easter Judicial District of Michigan

14. That for over 20 years I have had a personal interest in the history, collection, nomenclature, and sporting and professional use of firearms and ammunition.  I have also accumulated a personal reference library of firearms and ammunition related publications such as *Gun Trader's Guide, Gun Digest, Blue Book of Antique Firearms and Values, Standard Catalog of Firearms, Standard Catalog of Smith and Wesson, Ammo Encyclopedia, Guns and Ammo Magazine, and Blue Book of Gun Values,* in order to remain familiar with firearms and firearm trends.

_____

Michael H Jacobs
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Michael Yauk
Page 1 of 9

### Curriculum Vitae of Michael Yauk

PROFESSIONAL EXPERIENCE

**2015-Present**
**Information Technology Specialist - Senior Forensic Examiner**
Federal Bureau of Investigation
Computer Analysis Response Team (CART)

Serves as Senior Forensic Examiner responsible for planning, coordinating and directing digital forensic science activities. Experienced in advanced information technology (IT) projects requiring complex and difficult forensic examinations of computer, digital, and similar media and equipment using a wide range of IT knowledge.  Experienced in evidentiary techniques resulting in the acquisition, examination, and presentation of computer-related evidence for investigative purposes.  Performs technical analyses of evidence in all types of difficult and complex cases.  Prepares and furnishes authoritative oral and written reports which convey opinions and findings and presents necessary court testimony. Identifies, diagnoses, and corrects errors and problems. Provides technical guidance and assistance to others involved in the investigation to ensure precautions are taken to prevent data and equipment damage. Serves as technical consultant and provides training in computer examinations and techniques to Agents, federal, state, and local law enforcement agencies.

Additional qualifications include such advanced authorizations as Macintosh, Mobile, and JTAG/ISP authorized Examiner.  Accepted and currently enrolled in the Forensic Audio, Video, and Image Analysis Unit training program in 2018.  Serves as primary purchase card holder for the Detroit Office. Instructional responsibilities include ImageScan, DriveQuest, and Case Agent Investigative Review (CAIR) training programs.  Developed curriculum as primary instructor for "File System Forensics;" a 40-hour training course, required as part of the training curriculum for new examiners, focusing on the New Technology File System (NTFS) and File Allocation Table (FAT) file systems.  This course is required as part of the CART training curriculum for new examiners.  Converted course to multimedia lecture available as a distance learning training program in 2018.

**2010-2015**
**Information Technology Specialist - Forensic Examiner**
Federal Bureau of Investigation
Computer Analysis Response Team (CART)

**2007-2010, 2014-2016**
**Adjunct Professor**
Eastern Michigan University
School of Technology Studies - Information Assurance

Last Revision: 03/11/2019

Provided all development and Instruction for the following:

IA 327/558 - Computer Forensics I - *Introduction to Digital Forensics*
Computer Forensics I addresses the comprehension and application of Computer Forensic
Investigations. Students will evaluate and synthesize technical and legal issues in relation to digital
evidence. Students will apply various skills and techniques, combined with numerous investigative
software tools to analyze seized electronic media.

IA 328/428/559 - Computer Forensics II - *Intermediate Digital Forensics*
This advanced course addresses the comprehension and application of Digital Forensic Investigations.
Students will evaluate and synthesize technical and legal issues in relation to digital evidence. Students
will apply various skills and techniques, combined with numerous investigative software tools to
analyze seized electronic media. This class will continue to build upon computer forensics
fundamentals, and introduces the NTFS file system and system artifacts such as internet history, user
preferences, the registry, link files, etc.

IA 329/559 - Computer Forensics III - *Enterprise Digital Forensics*
As certifications become a legal requirement in the field of Digital Forensics, Digital Forensics III will
continue to build upon the previous two forensic courses and will provide the knowledge and skills
necessary to install, configure and effectively use Forensic Toolkit (FTK), FTK Imager, Password
Recovery Toolkit (PRTK), and Registry Viewer. Students will also use AccessData products to conduct
forensic investigations on Microsoft® Windows® systems, learning where and how to locate Windows
system artifacts. Upon completion of the course, all students will take the ACE certification test.

IA 103 - *Introduction to Information Assurance*
A study of security in both the voice and data networks and an examination of the security issues
associated with the movement toward a convergence of the two infrastructures. Topics to be covered
include voice and data network connectivity, modem security, VOIP security, wireless security,
cryptography, intrusion detection systems, voice and data firewalls, malicious software, information
operations and warfare, and denial of service attacks.

**2003-2010**
**Program Associate, Information Assurance**
**Lead Instructor/Curriculum Developer**
Eastern Michigan University
Center for Regional and National Security (CeRNS)

Facilitator to Schools of Cyber-Crime, Digital Forensics, and Linux for Law Enforcement courses
including research, content development, administrative expertise, and instruction within the 520
classroom hours of the three different state grant funded programs.  Continually worked to redesign
and develop Schools of Cybercrime and Forensics.  Responsible for budgeting, contractor management,
and financial compliance within each grant.

**Michael Yauk**
**Page 3 of 9**

Developed and taught an average of 200 contact hours per year from 2003 until 2010.
Topics Included: Internet Artifact Analysis, First Response to Electronic Crime, ImageScan & Forensic
Preview, External Media (CD/DVD & Digital media), Validation of Hardware and Software, Forensic
Tools for Image Analysis, Policy and Procedure Development, Building the Forensic Workstation,
Introduction to Computer Forensics, Password Recovery, Network Investigation Fundamentals, Ethical
Penetration Testing, Wireless Vulnerability Testing, Introduction to Cyber Crime Investigations, Volatile
Evidence Collection.

<u>**OTHER INSTRUCTIONAL EXPERIENCE**</u>
(Course Title, Number of Days)

**2010-Present**
**Information Technology Specialist- Forensic Examiner**
Federal Bureau of Investigation
Computer Analysis Response Team (CART)

File Systems. (5)
ImageScan. v3.X. (1)
Case Agent Investigative Review (CAIR). (1)
DriveQuest. (1)

**2009-2010**
**Contractual Instructor**
ADF Solutions

Digital First Responder (DFR) course – Levels 1 and 2

<u>**OTHER PROFESSIONAL PRESENTATIONS**</u>

*Introduction to Digital Forensic Science*
Cheryl Stockwell Academy District, CSPA Middle School, November 2016

*Digital Forensics*
CRJ 475 Digital Evidence, University of Michigan, Scott Macek, April 2014

*Introduction to Digital Forensics Investigations*
Warren Consolidated Schools, Career Preparation Center, 2008, 2007

*Introduction to Digital Forensics Investigations*
Eastern Michigan University, Information Assurance, Guest Lecturer, 2008

Last Revision: 03/11/2019

**Michael Yauk**
**Page 4 of 9**

*Introduction to Digital Forensics Investigations*
Michigan Association of Government Computer Users, Annual Conference, 2006

*Introduction to Electronic Crime and Computer Forensics*
GILMA WALA, 2005

**CERTIFICATIONS and AUTHORIZATIONS**

2016    *Computer Analysis Response Team (CART) JTAG/ISP Authorized Examiner.*  Federal Bureau of Investigation (FBI)

2016    *Certified BlackLight Examiner (CBE) - Recertification.* Blackbag Technologies

2015    *Computer Analysis Response Team (CART) Senior Examiner.*  Federal Bureau of Investigation (FBI)

2015    *Certified BlackLight Examiner (CBE).* Blackbag Technologies

2012    *Computer Analysis Response Team (CART) Macintosh Authorized Examiner.*  Federal Bureau of Investigation (FBI)

2012    *Network + (N+).*  Computing Technology Industry Association (COMPTIA)

2012    *Computer Analysis Response Team* (CART) *Cell Phone Authorized Examiner.*  Federal Bureau of Investigation (FBI)

2012    *GIAC Certified Forensic Analyst (GCFA).*  Global Information Assurance Certification (GIAC)

2012    *AccessData Certified Examiner (ACE) v3.X - Recertification.*  AccessData

2012    *Computer Analysis Response Team Macintosh Basic Certified Examiner.*  Federal Bureau of Investigation (FBI)

2012    *Computer Analysis Response Team Linux Command Line Authorized.*  Federal Bureau of Investigation (FBI)

2011    *Certified Computer Forensic Examiner (CFCE).*  International Association of Computer Investigative Specialists (IACIS)

2011    *Computer Analysis Response Team (CART) Windows Intel Architecture (WINTEL) Certified Examiner.*  Federal Bureau of Investigation (FBI)

2010    *A+.*  Computing Technology Industry Association (COMPTIA)

**Michael Yauk**
**Page 5 of 9**

2010  *AccessData Certified Examiner (ACE) v3.X.*  AccessData

2008  *Certified Electronic Evidence Collection Specialist (CEECS).*  International Association of
Computer Investigative Specialists (IACIS)

2008  *AccessData Certified Examiner (ACE) v1.X.*  AccessData

2005  *Certified Cell Phone Examiner*.  Paraben

2005  *Certified PDA Examiner*.  Paraben

2005  *Certified Computer Examiner (CCE).*  International Society of Forensic Computer Examiner
10/2005 – 10/2007

2005  *Professional Development Series Certificate.*  Federal Emergency Management Institute


**PROFESSIONAL TRAINING**
(Course Title, Provider, Number of Days)

Oct 2018 *Moot Court - Proctor.*  Federal Bureau of Investigation (5)

Oct 2018 *macOS Technical Refresher Self-Paced - Technical Reviewer.*  Federal Bureau of Investigation

Oct 2018 *Mobile Device Refresher Self-Paced - Technical Reviewer.*  Federal Bureau of Investigation

Sep 2018 *iZotope for Forensic Audio Analyst.*  Federal Bureau of Investigation (2)

Sep 2018 *Introduction to Forensic Audio Analyst.*  Federal Bureau of Investigation (2)

Aug 2018 *SQLite Forensics.*  Teel Tech  (3)

Aug 2018 *FBI Audio/Video Tools.*  Federal Bureau of Investigation (1)

Aug 2018 *Video Focus for Forensic Audio and Video Analyst.*  Federal Bureau of Investigation (2)

Jul 2018 *FFMPEG for Forensic Video Analyst.*  Federal Bureau of Investigation (2)

Jul 2018 *Adobe Premier for Forensic Video Analyst.*  Federal Bureau of Investigation (3)

Jun 2018 *Adobe Photoshop for Forensic Video Analyst.*  Federal Bureau of Investigation (4)

Jun 2018 *Introduction to Forensic Video Analyst.*  Federal Bureau of Investigation (1)

Last Revision: 03/11/2019

**Michael Yauk**
**Page 6 of 9**

Sep 2016 *Digital Evidence Policy Guide Training Self-Paced.* Federal Bureau of Investigation

Sep 2016 *JTAG/ISP Examiner Certification Training.* Federal Bureau of Investigation (5)

Apr 2016 *BlackLight Tool Training.* Blackbag Technologies (2)

Apr 2016 *Cellebrite Advanced Smartphone Analysis (CASA).* Cellebrite (3)

Oct 2015 *Instructional Strategies Course (ISC).* Federal Bureau of Investigation (5)

Jun 2015 *Android Self-Paced Training.* Federal Bureau of Investigation

Mar 2015 *BlackLight Tool Training.* Blackbag Technologies (2)

Jan 2015 *Encase Forensic Self-Paced Training.* Federal Bureau of Investigation

Nov 2014 *Presentation Skills Course (PSC).* Federal Bureau of Investigation (3)

Jul 2014 *BBT-95e "BlackLight Tutorial" Self-Paced Training.* BlackBag Technologies

May 2014 *X-Ways Forensic Self-Paced Training.* Federal Bureau of Investigation

Feb 2014 *GPS/Cell Phone Self-Paced Training.* Federal Bureau of Investigation

Apr 2013 *Senior Moot Court.* Federal Bureau of Investigation (5)

Jan 2013 *Apple Care Technician Self-Paced Training.* Apple

Dec 2012 *Sumuri Macintosh Forensic Survival Course.* Sumuri, LLC. (5)

Sep 2012 *Cellebrite UFED Python Training.* Cellebrite (2)

Aug 2012 *Digital Evidence Evolution Workshop.* Federal Bureau of Investigation (3)

Aug 2012 *Timeline Self-Paced Training.* Federal Bureau of Investigation

May 2012 *Cell Phone / GPS Training.* Federal Bureau of Investigation (4)

Apr 2012 *SANS FOR508: Advanced Computer Forensic Analysis and Incident Response.* The SANS
Institute (6)

Feb 2012 *CART Moot Court - Proctor.* Federal Bureau of Investigation (4)

Jan 2012 *CART Linux Command Line.* Federal Bureau of Investigation (3)

Last Revision: 03/11/2019

Dec 2011 *Firewire Target Disk Mode Acquisition Self-Paced Training).*  Federal Bureau of Investigation

Oct 2011 *CART TestFest.*  Federal Bureau of Investigation (3)

Aug 2011 *X-Ways Forensics.*  X-Ways (3)

Jul 2011 *Live Capture Tool Self-Paced Training (HBGARY, F-RESPONSE, FTK LAB, VOLATILITY, PRINCETON COLD BOOT).*  Federal Bureau of Investigation

Jun 2011 *DriveQuest "Train the Trainer".*  Federal Bureau of Investigation (3)

May 2011 *CART Moot Court.*  Federal Bureau of Investigation (4)

Mar 2011 *FTK Lab "Train the Trainer".*  AccessData (3)

Jan 2011 *FTK Lab v3.X Self-Paced Training.*  Federal Bureau of Investigation

Nov 2010 *Windows Registry.*  AccessData (3)

Nov 2010 *Live Capture Self-Paced Training.*  Federal Bureau of Investigation

Oct 2010 *CART Practical's.*  Federal Bureau of Investigation (5)

Sep 2010 *Encase Examination of NTFS.*  Guidance Software (3)

Sep 2010 *CART 101.*  Federal Bureau of Investigation (3)

Jun 2010 *Windows Registry.*  AccessData (3)

May 2010 *Internet Forensics.*  AccessData (3)

Jan 2010 *Windows 7 Forensics.*  AccessData (1)

Nov 2009 *MAC Forensics.*  AccessData (3)

Sep 2009 *Mobile Forensics 101.*  AccessData (3)

Feb 2009 *ImageScan version 3 "Train the Trainer".*  Federal Bureau of Investigations (2)

May 2008 *IACIS Basic Training Conference*.  International Association of Computer Investigative Specialists (14)

Mar 2008 *ACE Preparation*.  AccessData (1)

Last Revision: 03/11/2019

**Michael Yauk**
**Page 8 of 9**

Feb 2008  *Applied Decryption*.  AccessData (3)

Feb 2008  *Internet Forensics*.  AccessData (3)

Jan 2008  *Windows Forensics*.  AccessData (3)

Jan 2008  *Bootcamp*.  AccessData (3)

Dec 2007  *Forensic Fundamentals*.  AccessData (3)

Jun 2007  *Windows Forensics*.  AccessData (3)

Jun 2007  *Bootcamp*.  AccessData (3)

May 2007  *Encase Computer Forensics I*.  Guidance Software (4)

Nov 2006  *Bootcamp*.  AccessData (3)

Oct 2006  *HTCIA International Training Conference*.  High Technology Crime Investigators Association

Oct 2006  *Forensic Fundamentals*.  AccessData (3)

Aug 2006  *ImageScan System v2.1*.  Federal Bureau of Investigation (1)

Jul 2006  *Internet Forensics*.  AccessData (3)

Mar 2006  *Critical Infrastructure Protection Conference*.  Michigan State Police

Oct 2005  *2005 Summit "The Forecast" Michigan Prepared Conference*.  Michigan State Police

Oct 2005  *PDA Seizure*.  Paraben (3)

Oct 2005  *Cell Phone Forensics*.  Paraben (3)

June 2005  *Windows Forensics*.  AccessData (3)

Mar 2005  *Bootcamp*.  AccessData (3)

Aug 2003  *School of Computer Forensics*.  Center for Regional and National Security (30)

Jun 2003  *Using Linux as a Forensics Computing Platform.*  Center for Regional and National Security (5)

Mar 2003  *School of Computer Cyber Crime*.  Center for Regional and National Security (30)

Last Revision: 03/11/2019

**Michael Yauk**
**Page 9 of 9**

**EDUCATION**

Master of Science, Digital Forensic Science, Champlain College, Burlington, VT.
May 2015

Bachelor of Science, Eastern Michigan University, Ypsilanti, MI.
Information Assurance, Network Administration, Information Technology Management

**ORGANIZATIONS**

2012-Present   Member, Digital Forensic, Incident-Response (DFIR) The SANS Institute

2009-2010      Content Advisory Board, *Federal Bureau of Investigation:* ImageScan training program.

2008-2010      Advisory Board Member, Warren Consolidated Schools Career Preparation Center,
               Network Administration Program

2007-Present   Member, International Association of Computer Investigative Specialists (IACIS)

2006-Present   Member, High Tech Crime Consortium (HTCC)

2006-2011      Member, High Technology Crime Investigation Association (HTCIA);
               Educational Director, Michigan Chapter, 2007 & 2008

2005-2010      Member-Infragard

2003-Present   Member, International Society of Forensic Computer Examiners (ISFCE)