UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ADAM DEAN FOX,
BARRY GORDON CROFT, JR.,
DANIEL JOSEPH HARRIS,
KALEB JAMES FRANKS, and
BRANDON MICHAEL-RAY CASERTA,

        Defendant.
_____/

No. 1:20-cr-183

Hon. Robert J. Jonker
Chief U.S. District Judge

# CERTIFICATE IN ACCORDANCE WITH
# LOCAL CRIMINAL RULE 12.4 AND ADMIN. ORDER 15-RL-78

In accordance with L. Crim. R. 12.4 and Administrative Order No. 15-RL-78, the United States emailed defense counsel to obtain concurrence with the government's Motion In Limine To Preclude Defendants' Attempt To Admit Hearsay Statements, Motion In Limine To Exclude Evidence And Preclude Improper Impeachment, and Motion in Limine to Admit Other Acts Evidence Under Rule 404(b).  Defense counsel have all responded.  All counsel oppose the Motion In Limine To Preclude Defendants' Attempt To Admit Hearsay Statements.  Defense counsel for Fox, Harris, Franks, and Caserta oppose the Motion In Limine To Exclude Evidence And Preclude Improper Impeachment.  Defense counsel for Croft is unable to take a position on said motion.  Defense counsel for Croft, Harris, Franks, and Caserta oppose the Motion in

Limine to Admit Other Acts Evidence under Rule 404(b).

                                    ANDREW BYERLY BIRGE
                                    United States Attorney

Dated: December 17, 2021            */s/ Nils R. Kessler*
                                    NILS R. KESSLER
                                    Assistant United States Attorney
                                    P.O. Box 208
                                    Grand Rapids, MI 49501-0208
                                    (616) 456-2404
                                    *nils.kessler@usdoj.gov*