THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE UNITED STATES OF AMERICA,

       Plaintiff,

v.

ADAM DEAN FOX,
BARRY GORDON CROFT, JR.,
KALEB JAMES FRANKS,
DANIEL JOSEPH HARRIS,
BRANDON MICHAEL-RAY CASERTA,

       Defendants.

Case No. 1:20-CR-183

Hon. Robert J. Jonker
Chief U.S. District Court Judge

**DEFENDANTS' MOTION FOR LEAVE TO FILE DEFENDANTS' MOTION IN LIMINE REGARDING ADMISSION OF OUT-OF-COURT STATEMENTS AND MEMORANDUM IN SUPPORT**

Defendants, through counsel, move this Court for leave to file their motion in limine regarding admission of out-of-court statements, and memorandum in support, despite these materials exceeding the local rules' word-count limitations.

IN SUPPORT THEREOF, the defendants state:

    1.    They have prepared a motion in limine regarding admission of out-of-court statements, and a memorandum in support of this motion, in this case.

    2.    The memorandum prepared in support of the motion is relatively fact intensive.

    3.    The government takes no position with this instant motion, although it contests the relief sought in the underlying motion.

4. Local Criminal Rule 47.2(b)(i) provides, in part, that briefs filed in support of non-dispositive motions shall not exceed 4,300 words, absent leave of court.

5. The defendants contend that the length of the present memorandum is reasonable in light of the number of issues raised, the records in controversy, the factual and legal complexity involved, and the need for thoroughness to preserve all possible issues in case of an appeal. The memo runs to 5,235 words.

**WHEREFORE**, the defendants request this Court grant leave to file the attached motion in limine regarding admission of out-of-court statements, and the concomitant memorandum in support.

Date: December 17, 2021     By:  */s/ Christopher Gibbons*
                                  Christopher Gibbons
                                  Attorney for Defendant Fox

Date: December 17, 2021     By:  */s/ Joshua A. Blanchard*
                                  Joshua A. Blanchard
                                  Attorney for Defendant Croft

Date: December 17, 2021     By:  */s/ Scott Graham*
                                  Scott Graham
                                  Attorney for Defendant Franks

Date: December 17, 2021     By:  */s/ Julia Kelly*
                                  Julia Kelly
                                  Attorney for Defendant Harris

Date: December 17, 2021     By:  */s/ Michael Hills*
                                  Michael Hills
                                  Attorney for Defendant Caserta

**IT IS SO ORDERED**

/s/ Robert J. Jonker                              Dated: December 29, 2021
Robert J. Jonker
Chief U.S. District Court Judge