UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                                CASE NO. 1:20-cr-183

v.

                                                HON. ROBERT J. JONKER

ADAM DEAN FOX, et al.,

        Defendants.

_____/

## ORDER

        The defendants have filed a motion for extension of time in which to file pretrial motions based on the most recent Rule 16 discovery disclosure by the government. ECF No. 385. The government shall file a response to the motion not later than **January 5, 2022**. For planning purposes, and subject to the Court's final consideration of the motion, all parties should anticipate that the deadlines the Court precisely set will continue to apply.

Dated:   December 31, 2021          /s/ Robert J. Jonker
                                                    ROBERT J. JONKER
                                                    CHIEF UNITED STATES DISTRICT JUDGE