**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

BRANDON CASERTA,

        Defendant.

Case No: 1:20-CR-183

Honorable Robert J. Jonker

## NOTICE REGARDING EXPERT TESTIMONY

Defendant, BRANDON CASERTA, by his attorney Michael D. Hills, hereby provides notice pursuant to Fed. R. Cim. P. 16(a)(1)(G) that he intends to call the following witness. The curriculum vitae is attached.

### Glenn K. Bard, Chief Technical Officer, PATCtech

Mr. Bard is an expert in reviewing and analyzing electronic devices, including, but not limited to telephones and computer systems. He has expertise in the software applications used on phones and computers specific to this case. Should Mr. Caserta call Mr. Bard, his testimony would cover the electronic devices seized from Mr. Caserta's person and residence, to include the hardware and software applications on these devices.

Respectfully submitted,

Dated: February 4, 2022

/s/ Michael D. Hills          /
Attorney for Defendant

BUSINESS ADDRESS:
425 South Westnedge Ave
Kalamazoo, MI 49007
269-373-5430
mhills@hillslawoffice.com