UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ADAM DEAN FOX,
BARRY GORDON CROFT, JR.
DANIEL JOSEPH HARRIS, and
BRANDON MICHAEL-RAY CASERTA,

    Defendants.
_____/

No. 1:20-cr-183

Hon. Robert J. Jonker
Chief U.S. District Judge

## GOVERNMENT'S PROPOSED EXHIBIT LIST

The government submits the proposed exhibit list included below. The government respectfully asks for the opportunity to offer and renumber exhibits, if necessary.

1. Fox Facebook picture
2. March 2020 Fox Facebook video
3. April 2020 Fox Facebook video
4. Picture of Fox at Michigan Capitol
5. Picture of Fox
6. Video of Fox at Michigan Capitol
7. Picture of Wolverine Watchmen
8. May 1, 2020 Wire chat
9. May 1, 2020 Wire chat
10. May 1, 2020 Wire chat
11. May 2020 Croft Facebook chat
12. May 2020 Croft Facebook chat
13. May 2020 Croft Facebook chat
14. May 2020 Croft Facebook voice message
15. May 2020 Croft Facebook chat
16. May 2020 Croft Facebook chat
17. May 12, 2020 Fox Facebook video
18. May 16, 2020 Fox Facebook post
19. May 16, 2020 Harris Facebook message
20. May 19, 2020 Fox Facebook voice message
21. May 22, 2020 Facebook post
22. May 29, 2020 Fox Facebook video

23. May 30, 2020 Fox Facebook voice message
24. May 31, 2020 Fox Facebook voice message
25. June 2, 2020 Fox Facebook voice message
26. June 3, 2020 recording
27. June 3, 2020 recording
28. June 3, 2020 recording
29. June 3, 2020 recording
30. June 3, 2020 recording
31. June 4, 2020 Fox Facebook video
32. June 4, 2020 Fox Facebook post
33. June 5, 2020 Fox Facebook post
34. June 6, 2020 recording
35. June 6, 2020 recording
36. June 6, 2020 recording
37. June 6, 2020 recording
38. Sign-in log
39. June 6, 2020 recording
40. June 6, 2020 recording
41. June 6, 2020 recording
42. Picture of Croft and Fox
43. June 8, 2020 Fox Facebook message
44. June 8, 2020 Fox Facebook voice message
45. June 8, 2020 Fox Facebook voice message
46. June 8, 2020 Fox Facebook voice message
47. June 8, 2020 Fox Facebook video
48. Facebook photo of Croft
49. Facebook photo of Croft
50. June 9, 2020 Croft Facebook chat
51. June 9, 2020 Fox Facebook voice message
52. June 9, 2020 Croft Facebook voice message
53. June 10, 2020 Fox Facebook voice message
54. June 10, 2020 Fox Facebook voice message
55. June 13, 2020 Fox Facebook voice message
56. Training schedule
57. June 14, 2020 recording
58. June 18, 2020 picture of Fox
59. June 18, 2020 picture of Harris
60. Vac Shack picture
61. Vac Shack picture
62. Vac Shack picture
63. Digital scan video of Vac Shack
64. June 20, 2020 recording
65. June 20, 2020 recording
66. June 20, 2020 recording
67. June 21, 2020 Fox Facebook message
68. June 21, 2020 Fox Facebook voice message

69. June 25, 2020 Fox Facebook video
70. June 27, 2020 Fox Facebook video
71. June 29, 2020 Facebook voice message
72. July 3, 2020 recording
73. July 3, 2020 recording
74. July 3, 2020 recording
75. July 3, 2020 recording
76. July 3, 2020 recording
77. July 7, 2020 recording
78. 
79. July 7, 2020 handwritten note
80. July 7, 2020 recording
81. July 10, 2020 recording
82. July 10, 2020 recording
83. July 10, 2020 recording
84. July 10, 2020 recording
85. July 10, 2020 recording
86. July 10, 2020 recording
87. July 10, 2020 recording
88. Dino's picture
89. July 11, 2020 picture at Cambria FTX
90. July 11, 2020 Facebook posting at Cambria FTX
91. July 11, 2020 Facebook posting with Croft
92. July 11, 2020 recording
93. July 11, 2020 recording
94. July 11, 2020 recording
95. 
96. July 11, 2020 recording
97. July 11, 2020 picture of IED
98. July 11, 2020 video of IED
99. July 11, 2020 video of IED
100. July 11, 2020 recording
101. July 11, 2020 recording
102. July 11, 2020 recording
103. July 11, 2020 video at Cambria FTX
104. July 11, 2020 video at Cambria FTX
105. July 11, 2020 video at Cambria FTX
106. July 12, 2020 recording
107. July 12, 2020 recording
108. July 12, 2020 recording
109. July 12, 2020 recording
110. July 12, 2020 recording
111. 
112. July 14, 2020 recording
113. July 18, 2020 recording
114. July 17, 2020 Croft Facebook messages

115. July 18, 2020 recording
116. July 18, 2020 recording
117. July 19, 2020 Wire chat
118. July 19, 2020 Wire chat
119. July 19, 2020 Wire chat
120. July 22, 2020 Fox Facebook message
121. July 23, 2020 recording
122. July 24, 2020 recording
123. July 24, 2020 recording
124. July 26, 2020 Fowlerville FTX video
125. July 26, 2020 Fowlerville FTX video
126. July 26, 2020 Fowlerville FTX video
127. July 27, 2020 recording
128. July 27, 2020 recording
129. July 28, 2020 Franks and Caserta Facebook messages
130. August 1, 2020 Franks video
131. August 1, 2020 recording
132. August 2, 2020 recording
133. August 4, 2020 recording
134.
135. August 7, 2020 Wire chat
136. August 8, 2020 Wire chat
137. August 9, 2020 Facebook chat
138. August 9, 2020 recording
139. August 9, 2020 recording
140. August 9, 2020 Wire chat
141. August 9, 2020 Wire chat
142. August 10, 2020 Wire chat
143. August 10, 2020 Wire chat
144. August 10, 2020 Wire chat
145. August 10, 2020 Wire chat
146. August 14, 2020 Wire chat
147. August 14, 2020 Wire chat
148. August 14, 2020 Wire chat
149. August 14, 2020 Wire chat
150. August 14, 2020 Wire chat
151.
152. August 16, 2020 recording
153. August 16, 2020 recording
154. August 16, 2020 Signal chat
155. August 16, 2020 Signal chat
156. August 17, 2020 Signal chat
157. August 17, 2020 recording
158. August 17, 2020 recording
159. August 17, 2020 recording
160. August 17, 2020 recording

| | |
|---|---|
| 161. | August 17, 2020 Wire chat |
| 162. | August 18, 2020 recording |
| 163. | August 19, 2020 Wire chat |
| 164. | August 21, 2020 Wire chat |
| 165. | August 23, 2020 recording |
| 166. | August 23, 2020 recording |
| 167. | August 23, 2020 recording |
| 168. | August 23, 2020 recording |
| 169. | August 23, 2020 recording |
| 170. | August 23, 2020 Threema chat |
| 171. | August 23, 2020 Threema chat |
| 172. | August 28, 2020 Wire chat |
| 173. | August 29, 2020 picture of truck at Governor's house |
| 174. | August 29, 2020 picture of Governor's house |
| 175. | August 30, 2020 Wire chat |
| 176. | August 30, 2020 Wire chat |
| 177. | August 30, 2020 Wire chat |
| 178. | August 30, 2020 picture of Governor's house |
| 179. | August 30, 2020 picture of Governor's house |
| 180. | August 30, 2020 picture of Governor's house |
| 181. | August 30, 2020 picture of Governor's house |
| 182. | August 30, 2020 picture of Governor's house |
| 183. | August 30, 2020 picture of Governor's house |
| 184. | August 30, 2020 picture of Governor's house |
| 185. | August 30, 2020 picture of Governor's house |
| 186. | Red Bull Tavern picture |
| 187. | August 29, 2020 picture of Fox drawing map |
| 188. | August 29, 2020 picture of Fox's map |
| 189. | August 29, 2020 sketch from Fox |
| 190. | August 29, 2020 video of Governor's house |
| 191. | August 29, 2020 picture of Fox |
| 192. | August 29, 2020 picture of boat launch |
| 193. | August 29, 2020 picture at police station |
| 194. | August 29, 2020 recording |
| 195. | August 29, 2020 recording |
| 196. | August 29, 2020 recording |
| 197. | August 29, 2020 recording |
| 198. | August 29, 2020 recording |
| 199. | August 29, 2020 recording |
| 200. | August 29, 2020 recording |
| 201. | August 29, 2020 recording |
| 202. | Red Bull Tavern picture |
| 203. | Training video |
| 204. | August 29, 2020 video of Fox |
| 205. | September 4, 2020 Threema chat |
| 206. | September 4, 2020 Threema chat |

| | |
|---|---|
| 207. | September 4, 2020 Threema chat |
| 208. | September 4, 2020 Threema chat |
| 209. | September 4, 2020 Threema chat |
| 210. | September 4, 2020 Threema chat |
| 211. | September 4, 2020 Threema chat |
| 212. | September 4, 2020 Threema chat |
| 213. | September 4, 2020 Threema chat |
| 214. | September 4, 2020 Threema chat |
| 215. | September 7, 2020 recording |
| 216. | September 7, 2020 recording |
| 217. | September 7, 2020 recording |
| 218. | September 7, 2020 recording |
| 219. | September 11, 2020 recording |
| 220. | September 11, 2020 recording |
| 221. | |
| 222. | September 11, 2020 recording |
| 223. | September 11, 2020 recording |
| 224. | September 12, 2020 explosion video |
| 225. | September 12, 2020 explosion video |
| 226. | September 12, 2020 recording |
| 227. | September 12, 2020 recording |
| 228. | September 12, 2020 recording |
| 229. | September 12, 2020 recording |
| 230. | September 12, 2020 picture of Fox |
| 231. | Digital scan video of bridge |
| 232. | Picture of bridge |
| 233. | Picture of bridge |
| 234. | Picture of EZ Mart and VFW |
| 235. | Picture of VFW |
| 236. | Video of boat launch |
| 237. | September 12, 2020 video |
| 238. | Map |
| 239. | Recreation of night-vision signaling |
| 240. | September 12, 2020 training video |
| 241. | September 12, 2020 dash cam video |
| 242. | September 12, 2020 dash cam video |
| 243. | September 12, 2020 dash cam video |
| 244. | September 12, 2020 recording |
| 245. | September 12, 2020 recording |
| 246. | September 12, 2020 video |
| 247. | September 12, 2020 video |
| 248. | September 12, 2020 recording |
| 249. | September 12, 2020 recording |
| 250. | September 12, 2020 recording |
| 251. | September 12, 2020 recording |
| 252. | September 12, 2020 recording |

253. September 12, 2020 recording
254. September 13, 2020 recording
255. September 13, 2020 recording
256. September 13, 2020 recording
257. September 13, 2020 recording
258. September 13, 2020 recording
259. Chat summary charts
260. September 13, 2020 recording
261. Firework explosion recreation video
262. September 13, 2020 recording
263. September 13, 2020 recording
264. September 13, 2020 recording
265. September 15, 2020 Caserta video
266. September 17, 2020 Threema chat
267. September 17, 2020 Threema chat
268. September 17, 2020 Threema chat
269. September 19, 2020 recording
270. September 19, 2020 recording
271. September 19, 2020 recording
272. September 21, 2020 Wire chat
273. September 21, 2020 Caserta Facebook message
274. September 29, 2020 Caserta video
275. September 30, 2020 Caserta video
276. September 30, 2020 recording
277. September 30, 2020 recording
278. September 30, 2020 recording
279. October 2, 2020 Threema chat
280. October 2, 2020 Threema chat
281. October 2, 2020 Threema chat
282. October 3, 2020 Threema chat
283. October 2, 2020 taser video
284. October 7, 2020 Caserta video
285. October 7, 2020 Caserta video
286. Picture of Confederate flag
287. Picture of Confederate flag
288. Confederate flag
289. Handwritten cypher code
290. Black tape
291. Pennies and frag
292. Metal staples
293. Electrical tape
294. Paper targets
295. Firework
296. Gun
297. Polymer 80 shipping boxes
298. Fireworks mortar launcher

299. Night vision goggles
300. Tactical kit
301. Helmet
302. October 7, 2020 Caserta interview
303. Caserta's Hawaiian shirt
304. Picture of zip ties
305. Zip ties
306. Picture of white board
307. Picture of closet
308. Notebook
309. Picture of bag
310. Picture of gear
311. Picture of books
312. Picture of gun
313. Picture of gun
314. Picture of gun
315. Picture of gun
316. Assault rifle
317. Glock Model 17 Gen 5 pistol
318. Picture of flag
319. Picture of supply list, cipher, book
320. Picture of magazines and holsters
321. Picture of plate carrier
322. Picture of ammunition
323. Hawaiian shirt
324. Cell phone
325. Plate carrier
326. Tactical belt
327. Flag
328. Picture of tactical belt
329. Picture of work locker
330. October 7, 2020 video of Croft interview
331. Picture of fireworks receipt
332. Picture of patches
333. Tri-corner hat
334. Bag
335. Hawaiian shirt
336. Glock Model 20 Gen 4 10mm pistol
337. Standard Manufacturing 12-gauge shotgun
338. Fireworks picture
339. Red bag
340. Bushmaster AT-15 rifle with 300 blackout barrel, 37mm projective launcher and suppressor
341. Picture of red bag
342. Picture of contents of red bag
343. Picture of cipher

344. Picture of shotgun and fireworks
345. Picture of smokeless powder
346. Picture of BBs
347. Picture of smokeless propellant
348. Picture of exploding targets
349. Picture of bag from truck
350. Picture of 10mm Glock with extended magazine
351. Picture of Hawaiian shirt
352. Picture of Croft identification in tri-corner hat
353. Picture of bag from truck
354. Picture of bag from truck
355. Picture of bag from truck
356. Picture of bag from truck
357. Extraction from Croft phone – vote meme
358. Extraction from Croft phone – shotgun
359. Extraction from Croft phone – knives
360. Extraction from Croft phone – message
361. Extraction from Croft phone – message
362. Extraction from Croft phone – message
363. October 7, 2020 video of Fox interview
364. Picture of Vac Shack
365. Cell phone
366. Stun gun
367. Forias Taurus 9mm pistol
368. Palmetto Model PA-15 rifle
369. Hawaiian shirt
370. Picture of kit and boots
371. Picture of weapons
372. Picture of kit
373. Helmet
374. Vest
375. U.S. currency
376. Picture of knives, plans, pistol
377. Handwritten notes
378. Picture of belt
379. Picture of backpack
380. Backpack and contents
381. Picture of plate carrier
382. Picture of plate carrier
383. Picture of rifle
384. Picture of backpack contents
385. Picture of backpack contents
386. Picture of backpack contents
387. Picture of Hawaiian shirt
388. Picture of red tactical bag and magazines
389. Picture of M4

| | |
|---|---|
| 390. | Picture of Hawaiian shirt |
| 391. | Picture of tactical belt |
| 392. | Tactical belt |
| 393. | Glock 19 pistol |
| 394. | Aero Precision, LLC Model M4E1 rifle with suppressor |
| 395. | Plate carrier |
| 396. | Hawaiian shirt |
| 397. | Night-vision goggles |
| 398. | Polymer 80 Ghost guns |
| 399. | October 7, 2020 video of Harris interview |
| 400. | Ghillie suit |
| 401. | Anderson Manufacturing 15 short-barreled rifle |
| 402. | Notebook |
| 403. | U.S. currency |
| 404. | Holster |
| 405. | Cell phone |
| 406. | Helmet |
| 407. | Review of notebook |
| 408. | Notebooks |
| 409. | Plate carrier |
| 410. | Backpack |
| 411. | Tactical belt |
| 412. | WW Chats Chart |

Respectfully submitted,

ANDREW BYERLY BIRGE
United States Attorney

Date:  February 17, 2022        /s/ *Jonathan Roth*
JONATHAN ROTH
NILS R. KESSLER
Assistant United States Attorneys
P.O. Box 208
Grand Rapids, Michigan 49501-0208
(616) 456-2404