UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

_____

## MINUTES

U.S.

v.

ADAM DEAN FOX, BARRY GORDON CROFT, JR., DANIEL JOSEPH HARRIS, BRANDON MICHAEL-RAY CASERTA

**CASE NO.** 1:20-cr-183
**DATE:** 2/18/22
**TIME:** 10 - 11:27 a.m.
**PLACE:** Grand Rapids
**JUDGE:** Hon. Robert J. Jonker

## APPEARANCES

**PLAINTIFF(S):**
Nils Kessler
Jonathan Roth

**DEFENDANT(S):**
Christopher Gibbons (CJA)
Joshua Blanchard (CJA)
Julia Anne Kelly (CJA)
Michael Darragh Hills (CJA)

## WITNESSES

**PLAINTIFF(S):**

**DEFENDANT(S):**

## PROCEEDINGS

**NATURE OF HEARING:**

Final pretrial conference held.

COURT REPORTER:   Paul Brandell          /s/ S. Bourque
                                          Case Manager