THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

THE UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRANDON CASERTA,

    Defendant.

Case No: 1:20-CR-183

Honorable Robert Jonker

---

### **DEFENDANT BRANDON CASERTA'S MOTION IN LIMINE TO EXCLUDE STATEMENTS AS IRRELEVANT AND UNFAIRLY PREJUDICIAL**

NOW COMES Defendant, Brandon Caserta, through counsel, asks this Court to exclude the government's exhibits 152 and 153. These exhibits are audio recordings and accompanying transcripts from a conversation between Defendant Caserta and CHS Dan. This conversation occurred on August 16, 2020, was hypothetical in nature and had nothing to do with an agreement to kidnap the Governor of Michigan. These statements contain negative comments about contact tracers, are not relevant, highly prejudicial and must be excluded pursuant to F.R.E. 401 and 403.

This Motion is accompanied by a Memorandum of Law in Support.

Respectfully Submitted,

HILLS LAW OFFICE, P.C.

Dated: February 24, 2022

   /s/Michael D. Hills
Michael D. Hills (P58571)
Attorney for Defendant

BUSINESS ADDRESS:
425 South Westnedge Avenue
Kalamazoo, MI 49007
269-373-5430
mhills@hillslawoffice.com