THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No: 1:20-CR-183 |
| Plaintiff, | Honorable Robert Jonker |
| v. | |
| BRANDON CASERTA, | |
| Defendant. | |

## **MOTION FOR JOINDER**

NOW comes Defendant, Brandon Caserta, by and through counsel, Michael D. Hills, who having reviewed the motions filed by his co-defendants, moves the Court to join the following:

1. Mr. Croft's Objection to Permitting the Government's UCEs to testify under false names at trial (ECF No. 488, PageID.3754-3765).

Defendant Caserta respectfully requests that he be permitted to participate in any hearings in said litigation and be permitted to submit additional memoranda if invited by the Court.

Respectfully Submitted,

HILLS AT LAW, P.C.

Dated: February 27, 2022

   _/s/Michael D. Hills_
Attorney for Defendant

BUSINESS ADDRESS:
425 South Westnedge Ave
Kalamazoo, MI 49007
269-373-5430
mhills@hillslawoffice.com