UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ADAM DEAN FOX,
BARRY GORDON CROFT, JR.,
DANIEL JOSEPH HARRIS, and
BRANDON MICHAEL-RAY CASERTA,

    Defendants.
_____/

No. 1:20-cr-183

Hon. Robert J. Jonker
Chief U.S. District Judge

## SECOND ORDER PERMITTING FIREARMS IN THE COURTHOUSE

Upon motion of the United States,

IT IS SO ORDERED that an agent of the Federal Bureau of Investigation is permitted to bring the requested firearms into the courthouse until the conclusion of the trial.

Dated: March 8, 2022

/s/ Robert J. Jonker
HON. ROBERT J. JONKER
Chief United States District Judge