```
 1                  IN THE UNITED STATES DISTRICT COURT

 2               FOR THE WESTERN DISTRICT OF MICHIGAN

 3                         SOUTHERN DIVISION

 4       UNITED STATES OF AMERICA,

 5                 Plaintiff,          No:  1:20cr183-1/2/5/6

 6          vs.

 7       ADAM DEAN FOX,
         BARRY GORDON CROFT, JR.,
 8       DANIEL JOSEPH HARRIS and
         BRANDON MICHAEL-RAY CASERTA,
 9
                   Defendants.
10

11
         Before:
12
                         THE HONORABLE ROBERT J. JONKER
13                           U.S. DISTRICT Judge
                              Grand Rapids, Michigan
14                        Wednesday, March 9, 2022
                         Excerpt of Jury Trial Proceedings
15                            Opening Statements

16       APPEARANCES:

17                   MR. ANDREW BIRGE, U.S. ATTORNEY
                     By:  MR. NILS R. KESSLER
18                   MR. JONATHAN C. ROTH
                     The Law Building
19                   333 Ionia Avenue, NW
                     Grand Rapids, MI 49501-0208
20                   (616) 456-2404

21                         On behalf of the Plaintiff;

22                   MR. CHRISTOPHER M. GIBBONS
                     MS. KAREN M. BOER
23                   Dunn Gibbons PLC
                     125 Ottawa Avenue, NW, Suite 230
24                   Grand Rapids, MI 49503-2865
                     (616) 336-0003
25
                           On behalf of Defendant Fox.
```

JOSHUA ADAM BLANCHARD
Blanchard Law
309 South Lafayette Street, Suite 208
P.O. 938
Greenville, MI 48838-1991

       On behalf of Defendant Croft, Jr.

JULIA ANNE KELLY
Willey & Chamberlain LLP
300 Ottawa Avenue NW Suite 810
Grand Rapids, MI 49503-2314
(616) 458-2212

       On behalf of Defendant Harris.

MICHAEL DARRAGH HILLS
Hills at Law PC
425 South Westnedge Avenue
Kalamazoo, MI 49007-5051
(269) 373-5430

       On behalf of Defendant Caserta.


REPORTED BY:  MR. PAUL G. BRANDELL, CSR-4552, RPR, CRR

1     ************************************************************

2          MR. ROTH:  Good morning.  All it's going to take is

3     one state to burn out and hang its governor and then those

4     dominos will start to fall.  That was Barry Croft's call to

5     action in April of 2020.  Adam Fox accepted and began plotting

6     to kidnap the governor of Michigan.  He said the whole point of

7     this is we are sending a message to them that if we can get her

8     we can get you.  Needing the manpower for the kidnapping they

9     recruited a militia of which Brandon Caserta and Daniel Harris

10    were members.  They were going to break into the governor's

11    home and kidnap her at gunpoint.  They would hog tie her and

12    take her away.  They planned to blow up a nearby bridge to stop

13    police from responding.

14          This was not just talk.  Their actions were louder

15    than and just as disturbing as their words.  It is their

16    actions that show you how serious they were about doing this.

17    They performed reconnaissance at her house twice.  They

18    gathered the gear they would need to break into her home and

19    violently kidnap her.  Guns, ammunition, flex cuffs,

20    explosives.  But it was when they were trying to buy the bomb

21    that they needed to blow up the bridge near the governor's home

22    that investigators stepped in and stopped the tragedy that the

23    Defendants promised.

24          You are going to hear from a number of people in this

25    case who will explain and illustrate the Defendants'

1    conspiracy, some of whom from the inside.  You will hear from

2    two undercover investigators, one who posed as a member of the

3    group and one who posed as an explosives dealer.

4         You will hear from militia members who attended the

5    field training exercises with the Defendants.  You will hear

6    from a confidential informant named Dan.  Dan is a military

7    veteran who joined the Wolverine Watchmen before ever

8    cooperating with law enforcement thinking it was a normal

9    militia where he could practice weapons handling and firing.

10   Within an hour of being allowed into their encrypted chat room

11   he was so disturbed by the violence they were discussing and

12   planning that he contacted police.  He agreed to cooperate with

13   investigators.  He agreed to remain in the group and he agreed

14   to record their conversations.  You will hear those recordings.

15        You will hear from two members of the conspiracy, Ty

16   Garbin and Kaleb Franks.  They will tell you how real this was.

17   They will tell you their reasons for getting involved in it,

18   the reasons they were going to kidnap the governor.  They will

19   tell you that they were charged in this case.  They will tell

20   you that they pled guilty to conspiring with these Defendants

21   to kidnap the governor and they will tell you that they are

22   going to prison for it.

23        With social media posts, chat transcripts, covert

24   recordings, pictures and physical evidence, the testimony in

25   this case will show you how the Defendants went from a rough

1      idea to a specific and concrete plan that they were preparing

2      to execute.

3            Barry Croft is a member of what is called the Boogaloo

4      movement, and he is a national figure within that movement.

5      The other Defendants are local members of the Boogaloo

6      movement.  The Boogaloo believes that this country is broken

7      and that politicians on both sides are at fault.  That they

8      should be targeted and attacked.  They believe that a second

9      civil war is coming.  They are looking forward to the civil

10     war.  They are getting ready for it and they are looking for

11     ways to start it, and for Barry Croft that meant violence.  You

12     will see during this trial that he has changed his appearance

13     considerably, and while he may look harmless now, while he may

14     look like a middle school math teacher now, he looked quit a

15     bit different back then when he was with them, when he was

16     training.

17           In June of 2020, at a national meeting of militia

18     leaders in Ohio, Barry Croft called for and demanded violence.

19     You will hear him describe himself as a terrorist.  You will

20     hear him say that he asked God for permission to kill and that

21     he claimed that he got it.  You will hear him say, we have to

22     take action.  I am going to burn mother fuckers' houses down,

23     blow shit up.  I am going to do some of the most nasty

24     disgusting things that you have ever read about in the history

25     of your life.

1        In Ohio he met Adam Fox.  Adam Fox also claimed to be
2   anointed from God to wage war here in Michigan.  He told the
3   others in the eyes of my God I'll die a fucking saint covered
4   in blood.  Fox already had the beginnings of a plan here in
5   Michigan.  He was not satisfied with the idea of merely
6   storming the Michigan Capitol.  He wanted a hostage.  He wanted
7   the governor.  You'll hear him say, we are going in there with
8   a specific agenda to take these mother fuckers hostage.
9   Because at the end of the day that building is brick and
10  mortar.  That's not valuable.  That's not worth anything.  It's
11  totally replaceable.  You take politicians, now you got human
12  life.  That's the most valuable thing you got.  Then you got
13  something to negotiate with.
14       He went onto say of the governor, we just want the
15  bitch.  We want the tyrant bitch.  We want her flex cuffed on a
16  table.  Fox knew he didn't have the manpower yet, but he worked
17  on the plan.  He talked about needing to be optimistic.  He
18  talked about training and being ready to attack for the moment
19  that presented itself when they could grab her.
20       Croft put Fox in charge of the kidnapping plan in
21  Michigan and connected him with the manpower that he would
22  need, a small militia in Michigan that call themselves the
23  Wolverine Watchmen.  Daniel Harris, Brandon Caserta, Ty Garbin
24  and Kaleb Franks were members of the Wolverine Watchmen.  These
25  would be Croft and Fox's soldiers, what Adam Fox called his

kill squad.  The Wolverine Watchmen had already discussed storming the Capitol and assaulting the governor.

They were anxious and eager and enthusiastic to help Croft and Fox.  They began meeting, planning and training. They discussed where to abduct the governor.  Early on they ruled out the Michigan Capitol.  They believed that they did not have enough people to succeed there.

Harris initially didn't even want to bother with kidnapping.  He just wanted to murder her.  He suggested shooting her as she came or went from work or posing as a pizza delivery person and shooting her at home.

Brandon Caserta also suggested just killing her.  He talked about crushing her skull.  Caserta didn't think they should stop with the governor though.  He talked about wanting the blood of the people above her.  You'll hear him say, when the time comes there will be no need to try and strike fear through presence.  The fear will be manifested through bullets.

Adam Fox opted for kidnapping, though, and convinced the others.  The Defendants turned their sights on the governor's cottage up north.  Understanding that they were doing something illegal, something terrible, they practiced -- excuse me, practiced what they called OPSEC, or operational security, to prevent police from catching and stopping them. They performed security checks, background checks on the members of their group to make sure they were who they said

1    they were.  They communicated using an encrypted chat

2    application.  Not FaceBook.  Not the sort of common social

3    media platforms that we all use that we talked about yesterday.

4    They used an encrypted application that was designed to prevent

5    law enforcement from intercepting messages.

6        These were not keyboard warriors.  This was not

7    FaceBook fluff.  These were conspiratorial communications.

8    This is how they planned the kidnapping.  They used code words.

9    Cupcakes were bombs.  A Baker was a bomb maker.  Ticks were

10   medical investigators.  Spaghettios were legal guns.  A can

11   opener was fully automatic guns, and in-laws were concerned

12   about law enforcement seeing or hearing them.  Ask yourselves

13   why they needed code words?  Why did they need these code

14   words?

15       The Defendants all met up in Cambria, Wisconsin in

16   July of 2020 for a field training exercise for practice for

17   training.  Barry Croft came from halfway across the country to

18   meet with his Co-Defendants and help develop their plans.

19   Barry Croft wanted to use snipers to shoot and kill any

20   security that the governor may have with her.  He said that

21   without explosives they would never stand a chance, so he and

22   Daniel Harris and Adam Fox discussed who they knew, who could

23   get explosives for them.

24       Daniel Harris is a former marine who bragged about

25   learning how to make improvised explosive devices, or IEDs, in

1    the military.  He talked about the different components they

2    needed, and with that knowledge he and Barry Croft built and

3    improvised an explosive device and wrapped it in BBs and

4    attempted to detonate it.  As Croft said that weekend they were

5    training to clear the rubbish, governors who they felt were

6    destroying this nation.

7            After that training the Defendants continued to

8    discuss their plans and figure out who within their group was

9    serious about this, who they could count on to be there and to

10   keep quiet and aid them in kidnapping the governor, because as

11   Brandon Caserta said at the time, quote, some people say they

12   are all about it until something happens, so we'll see what

13   happens when we actually start to do it.  These were not people

14   who were all talk.  These were people who wanted to make sure

15   that all of them were about action.  These were people who

16   wanted to separate themselves from the people that were all

17   talk.

18           Around this time the group became concerned that they

19   had been infiltrated by federal investigators, and at Daniel

20   Harris's demand they moved the communications to another even

21   more secure encrypted chat application.

22           The Defendants continued to refine their plans and

23   specifically where they would abduct the governor from.  In

24   August of 2020, Adam Fox found and surveilled the governor's

25   cottage in Elk Rapids for the first time.  He knew what they

1    were going to do.  He talked about killing her protection

2    detail and any police that may be with her.  He said, it's

3    going to be a nightmare.  It's going to be a fucking shootout.

4    We know that.  We have multiple forces to go against.

5            The Defendants met up again at a militia field

6    training exercise in Luther, Michigan on December 12, 2020, and

7    there they solidified their plans.  Again, Barry Croft traveled

8    half the country to train with his soldiers.  Barry Croft and

9    Daniel Harris built another IED, this time a firework that they

10   cut out the bottom of and wrapped in pennies.  Barry Croft said

11   those pennies would act as shrapnel being evicted from the

12   explosive and killing anybody within a radius around them.  He

13   said they would be so hot they would go right through their

14   skin.  And they did detonate that IED that day, but before

15   doing that they hung silhouettes with human shapes around it

16   because that's what they were using these IEDs for.  These IEDs

17   were meant to use to kill police or security who may be with

18   the governor when they attacked.

19           That weekend Adam Fox spoke to a man he knew as Red.

20   Fox asked and agreed to purchase explosives from Red.  These

21   explosives they would use in their kidnapping plot.  Red was

22   actually an undercover FBI agent.  Adam Fox recruited people to

23   surveil the governor's house a second time later that night.

24   Brandon Caserta and Daniel Harris initially agreed to go but

25   later got so drunk that they did not.  Fox, Croft and others,

1    including two informants and two undercover agents, did.

2            They drove almost an hour each way to Elk Rapids.  A

3    little after midnight in total darkness their three cars

4    arrived in Elk Rapids.  They circled the governor's home,

5    stalking their prey.  They found her house from across the

6    water.  They drove up and down the road looking for the right

7    opportunity for when they come back.  They decided the route

8    they would take into her home.  They decided the route they

9    would flee afterwards with her.

10           Adam Fox reiterated that they would shoot and kill any

11   security that was with the governor.  He mimicked the sounds of

12   gunshots coming from their silenced rifles.  That night Adam

13   Fox went under a bridge that was near her home to find the best

14   place to plant explosives to blow up that bridge to prevent

15   police from responding, and when they had the information they

16   needed they returned to Luther, Michigan.

17           All the co-conspirators met the next morning, all of

18   the people that went on the reconnaissance the night before, as

19   well as Brandon Caserta and Daniel Harris.  Adam Fox reviewed

20   what they learned from the surveillance and reconnaissance the

21   night before and they agreed to pool their money to purchase

22   the explosives they would need.  They talked about the war zone

23   that they would be creating.  Harris acknowledged that the

24   governor's security would get out and fight them head on.  They

25   talked about walking away from their lives afterwards if they

1    lived, if they weren't caught.  They were all in.  As Brandon

2    Caserta said, he was needed for this battle.

3          Later that day the group did repeated runs through

4    what they called a shoot house or kill house to practice

5    breaching or breaking and entering the governor's house at

6    gunpoint.  They built a model of her house there at their

7    training site and did repeated guns through it, entering with

8    guns drawn, shooting and ultimately taking over the home

9    preparing for the day they would go back.

10         Several weeks later, on October 7th, 2020, Brandon

11   Caserta told the others, next time they are, quote, doing a

12   recon or something and we come up on any police, you better not

13   give them a chance.  You either tell them to go right now or

14   they are going to die, period.  That's what it's going to be

15   because they are the fucking enemy.

16         Later that day Fox, Harris, Franks, Garbin and the

17   informant drove to Ypsilanti where Adam Fox was going to pay

18   Red a deposit on the explosives and others were going to pick

19   up gear and equipment instead.  Police and investigators

20   intervened.  Investigators executed search warrants on each of

21   their homes that day and found the tools of their conspiracy:

22   Flex cuffs, zip ties, explosives, night vision goggles, and

23   more, including a short-barreled rifle at Daniel Harris's home.

24         As the Court has already told you, at the end of this

25   trial there are four charges.  First, all of the Defendants are

charged in Count 1 with the conspiracy to commit kidnapping,
and the conspiracy is just an agreement, in this case an
agreement to kidnap the governor.

Second, Adam Fox, Barry Croft and Daniel Harris are
charged in Count 2 with the conspiracy to use a weapon of mass
destruction.  Fox, Croft and Harris agreed to use explosives in
their plan to kidnap the governor.  They detonated an IED in
Luther together and they planned to use more explosives under
the bridge and to fight off any police or security that got in
their way during the kidnapping.

Third, Barry Croft and Daniel Harris are charged with
possession of an unregistered destructive device, the IED that
they detonated in Luther.

Fourth and finally, Harris is charged with possession
of an unregistered short-barreled rifle.  The rifle that
investigators found in his home was shorter than the law
allowed.

Set aside the Defendants' political views.  Set aside
their desire for a second civil war.  Set aside the governor's
job and her title and whatever you may think of that.  What you
have is that the Defendants agreed, planned, trained and were
ready to break into a woman's home where she slept with her
family in the middle of the night, and with violence and at
gunpoint they would tie her up and take her from that home, and
to accomplish that they would shoot, blow up and kill anybody

1    who got in their way, in their own words, creating a war zone

2    here in Michigan.  And for that, at the conclusion of this

3    trial we will ask you to find each of the Defendants guilty for

4    the crimes with which they are charged.  Thank you.

5          THE COURT:  All right.  Thank you, Mr. Roth.  We'll go

6    now to the Defense openings.  Everybody gets a chance to make

7    one, and we'll start with Mr. Gibbons.  Are you going to be

8    using video and have you connected up?

9          MR. GIBBONS:  I am not going to use video during my

10   opening.

11         THE COURT:  You are not.  Very good.  Okay.

12         MR. GIBBONS:  Good morning.  I am Christopher Gibbons.

13   I represent Adam Fox.  I do not represent the other Defendants

14   that are here, so I'll only be speaking primarily to the case

15   as it relates to my client and how I see things and what we

16   think is going to be happening here in this trial.

17         I can start by saying this, that we couldn't disagree

18   more on our side of the table about what the evidence in this

19   case suggests and means.  Adam Fox did not commit a crime in

20   this case.  We think the evidence will fail to show that Adam

21   Fox did not agree with another person to kidnap the governor of

22   Michigan.  There was no plan.  There was no conspiracy.

23         The essence of a conspiracy is an agreement.  An

24   agreement in this case I think is something that would be

25   supported by talk, and you are going to hear a lot of talk in

1      this case.  We've already heard a lot of talk in the

2      government's opening, talk that got the government's attention

3      when Dan, an undercover informant, who became an undercover

4      informant, reached out to the FBI because he had seen things in

5      a chat room that concerned him.

6              The evidence will show that he met with the FBI and

7      that he agreed to perform services for them as an investigator,

8      as informant.  The evidence will show that Dan agreed to

9      provide access to the FBI so that the conversations and the

10     things that were being done or said within this group, the

11     Wolverine Watchmen, could be monitored, and Dan was pretty

12     effective.  He did get into the group.  He was in the group.

13     He was able to provide information to the agents that he was

14     reporting to.  He had agreed and he did write notes and make

15     reports so that they could keep track of the goings-ons of the

16     Watchmen.

17             All of this starts in mid-March of 2020.  Mid-March of

18     2020 also corresponds with the historical imposition of the

19     pandemic and COVID-19.  As we moved into the spring things for

20     all Americans had drastically changed.  The government had

21     moved in ways that it had never done for any of us in our

22     lifetime.  We are told we can't go to work.  We are told that

23     we have to stay away from each other.  We are told that things

24     are unsettled and that creates stress for everyone.  And as Dan

25     is monitoring the Watchmen, who are preppers, they are kind of

1    already inclined to be thinking that things aren't the way they

2    are supposed to be.  Now they really aren't.  Dan is doing a

3    good job.  The FBI is happy.  They are paying him money.  He

4    has offered voluntarily by the FBI without asking envelopes of

5    cash throughout the summer and from the spring.

6           As they move forward into June, Dan is continuing to

7    provide access, but there is no crimes.  The Watchmen aren't

8    breaking the law.  The Watchmen are talking and they are

9    talking political talk and they are talking their militia talk,

10   but they are not breaking the law.  And the FBI has Dan, and

11   Dan is a truck driver.  Twelve years or so before March he had

12   been in the military.  He had some experience.

13          Dan is doing good with the FBI.  He likes his job I

14   think is what he will say, but he is not really producing

15   evidence of a crime.  He has been on the case for three months.

16   So you know, if you are not producing evidence of crime in a

17   case, if an informant has been working and working and working

18   and there really isn't anything developing, eventually the FBI

19   will close that informant, and when that informant is closed,

20   they don't have anything to do with the FBI anymore.  They go

21   back to their regular life, and that's when the informant, Dan,

22   runs into my client, Adam Fox, at one of the rallies in

23   Lansing.

24          The government has put up pictures of my client with

25   his Hawaiian shirt.  He is open carrying a rifle in Lansing.

1    That's all legal, but it's kind of suspect.  I can understand

2    why the FBI might be curious.  But who is Adam Fox?  The

3    evidence will show that he is a misfit.  When he was in Lansing

4    and into June of 2020, he had been working at a Vac Shack, it's

5    a vacuum store, for a family friend.  He had been out of money.

6    He wasn't getting unemployment.  He wasn't associated with a

7    militia when he first met Dan in Lansing.  Adam Fox had prior

8    been in a militia but he wasn't in that one anymore so he was

9    kind of all on his own.  Like I said, he is kind of a misfit.

10            Adam Fox talks big.  He draws attention to himself.

11   He is trying to be cool.  One thing that is apparent I think to

12   just about everyone that met Adam Fox, the evidence will show,

13   is that in May and June of 2020 Adam Fox didn't have really

14   nice equipment.  He didn't have nice skills for tactical

15   training.  He wasn't well trained.  He had never been in the

16   military.  He was basically homeless living in the basement of

17   the Vac Shack, which is not a residence.  It's a commercial

18   building.  Adam Fox's bedroom is blankets hung from the rafters

19   in the Vac Shack basement.  There is no working toilet or water

20   in the Vac Shack.  If Adam Fox wants to brush his teeth before

21   he goes to bed the evidence will show he has to go to the

22   Mexican restaurant next door to use their facilities.

23            The evidence will show that when the government

24   encounters Adam Fox he is no leader.  He doesn't have a group.

25   Dan has been working with the Watchmen, the undercover

1    informant.  He tries to get Adam to come to join the Watchmen.

2    The evidence will show that the Watchmen were not interested in

3    having Adam Fox in their militia.  The evidence will show that

4    when Dan invites Adam Fox to come train and join the Watchmen,

5    that the CHS has to call one of the Watchmen leader's wives and

6    talk to her and vouch for Adam Fox so that they'll let him

7    come.

8         You'll hear testimony that Adam Fox does get to go to

9    this training on June 28, and the evidence will show that at

10    the conclusion of the training and at the conclusion of a

11    meeting that everyone had after the training was over, that

12    there was no plan.  There was no agreement.  There was no

13    conspiracy to kidnap the governor of Michigan or any other

14    governor.  There was a lot of talk.  There was talk potentially

15    of maybe if we had 300 men a capitol could be stormed or some

16    type of radical action could be taken, but there was no plan.

17    There was no conspiracy at the end of the day.

18         And the interesting thing to me is that when Adam Fox

19    met Dan and first talked to him in the middle of June, Adam Fox

20    didn't have a militia but he was on the government radar.  He

21    had before that had contact with another informant named Steve,

22    who is in Wisconsin.

23         Did you want to object.

24         MR. KESSLER:  Yeah.  Your Honor, I think we are

25    getting perilously close to covering stuff --

1          THE COURT:  We are close.  It's a difficult line to

2     draw under the order of proofs.  I think as long as Mr. Gibbons

3     is trying to preview what he thinks will be evidence -- whether

4     it's admitted or not is another question.  The jury knows it's

5     only going to consider it if it is, but if his argument is from

6     that evidence if it comes in, the jury should conclude there

7     was no agreement, then we are still in the land he can talk

8     about.  If it goes beyond that, then we're not.

9          MR. GIBBONS:  Thank you, Your Honor.

10          And to kind of get to my point, to understand where

11     I'm going and why I'm offering you this information is because

12     the government has gone to great lengths to make it look like

13     Adam Fox is a nefarious person with a big militia who wants to

14     kidnap the governor of Michigan, and that, to me, the evidence

15     there will show is all parlor tricks.

16          Adam Fox has a militia.  The evidence will show that

17     the militia he has in this case is called -- it's very

18     specific.  It's the Michigan III% Patriot Militia.  And the

19     III% Patriot Militia is an organization operated by an

20     undercover informant working for the FBI, Steve.  Steve hosts

21     national meetings.  The evidence will show that Adam Fox was

22     invited to a national meeting of the III% Patriot Militia

23     organization in Dublin, Ohio on June 6, 2020.

24          Adam Fox is at that meeting and there are a number of

25     other people at that meeting.  Adam Fox does not know this

1    Steve was an informant.  Steve is in his early 50s.  Claims to

2    be a veteran.  He claims to be the president of the III%

3    Patriot Militia organization nationally.  There is a national

4    board Steve says.  One of the board members is at the meeting

5    in Dublin.  Her name is Jenny.  Jenny is also an FBI informant.

6    Jenny also has a charter.  So each state has a charter, and if

7    you have a charter, well, that's your militia, and then you are

8    in charge of it and your job is to advance the goals of

9    whatever the III% Patriot National Militia may be.

10            Jenny has the charter for Tennessee and she is in the

11   meeting.  Steve has the charter -- he is the president of the

12   national board, but he is also the Wisconsin guy, so he has the

13   Wisconsin charter.  Also present is CM Phillips.  He is a

14   representative from Missouri.  He has the Missouri charter.  CM

15   Phillips is a federal informant.  Also present is an individual

16   named Frank, and Frank is from Virginia.  Frank is a veteran

17   himself and someone the FBI has been watching and interested

18   in.  And guess what Frank has?  He has the charter for

19   Virginia.  Barry Croft is the representative from Delaware.

20   Mr. Croft has been under investigation by the FBI.

21            Adam goes to Dublin, Ohio for this meeting.  There is

22   about 15 people there.  So I've given you about half of the

23   attendees.  There is no agreement.  There is a lot of

24   antigovernment talk.  Who wasn't upset about COVID and COVID

25   restrictions?  But there was no agreement out of Dublin, Ohio

on June 6.  There was no conspiracy.

And to get back to my point, if Adam Fox is the subject of an investigation for domestic terrorism, and he's wandering around in Lansing and bumping around at the Vac Shack with no group and no followers, that doesn't really help.  So Steve steps up with his national presidency and authority with the board and announces on FaceBook, with Jenny Plunk helping, that Adam Fox on June 23rd had been voted and approved by the national board to handle the Michigan charter and to be the president of the Michigan III% Patriot Militia.  The evidence will prove that the two informants made the FaceBook page, made the announcement, and provided a mission statement for that militia on FaceBook not just for Adam Fox to see and his friends, but for everyone in Michigan, really anyone in the world.

And so this is a pattern now.  So now you have Adam Fox moving to Munith.  Just so everyone knows where we're headed and kind of the nomenclature that the place has adopted, Munith is where the Watchmen's president or commanding officer, Joe Morrison, that's where he lives, and that's where the Watchmen tend to train, and it's in Munith, Michigan, so we call it Munith, and you are going to hear about trainings at Munith.  Some of the events that are significant in this case happen at Munith.  The other is Luther, which is up north.  It's Ty Garbin's family's property.

1     Moving forward.  So Adam has, like, his militia, the
2     III% Patriot Militia, here in Michigan.  He's got the charter.
3     It's June 23rd, but there is nobody in it.  It's just Adam.
4     So -- but he's got a FaceBook page courtesy of the federal
5     government.  And wouldn't you know, just like magic, Adam gets
6     a message, and the message is, I know -- the message is
7     basically I'd like to sign up.  I'm interested.  And who is it
8     that wants to sign up?  An individual named Mark.  He is a
9     rugged individualist from the Upper Peninsula, and he is also
10    an FBI agent working undercover.  So Adam going into July has a
11    militia and he has one guy in it, a federal informant.

12        On June 28 at Munith, that's a big meeting because
13    it's got kind of all the players are all there with their
14    attendant, FBI informant.  And there is no agreement, but that
15    doesn't stop Dan.  Because you have to remember, Dan is going
16    to be the key.  He is kind of like the backbone of the case.
17    He is the thread that goes right through the whole thing.  Dan
18    starts it in the spring and Dan ends in October, and Dan is --
19    he is the framework upon which everything hangs in this case.

20        And Dan tells the boys -- some of these guys are
21    young.  I am old.  Adam Fox is 38.  I just call them boys.
22    They are men.  Dan tells the boys -- when they reject the idea
23    of black bagging politicians and committing acts of domestic
24    terrorism from an offensive perspective, Dan tells them, keep
25    an open mind.  Keep an open mind.  Why does he want them to

keep an open mind?  Because he's taking them to Wisconsin to
see Steve the next weekend for a national FTX training event
that Steve has coordinated.  It's not the boys' idea to go to
Wisconsin to train.

They get to Wisconsin.  There is more talk, more talk,
more talk, more talk, and no agreement.  The government will
say that the training was meant for training for the governor,
but I think the evidence is going to show that there is no
reference to kidnapping a governor from her or his home, and
that the training was calculated for that purpose.

The evidence is going to show that when the Wolverine
Watchmen started in the spring of 2020 with Dan the informant,
about 48 guys on FaceBook members, 10 or 15 of them were a
little more active showing up for barbecues, cookouts and
firearms training.  And the Watchmen's version of training
before the introduction of Dan was to smoke pot, talk, drink
beer and then after you've had enough party go in the back and
dump a couple mags into a tree trunk from different positions
and all go home.

Dan is in his persona.  Tells everyone and brags about
his tour experience in Iraq back in the 2000s, multiple,
multiple fire fights, 14 hours sustained fire fights.  I had a
round go through my backpack.  He is an impressive character,
especially to an impressionable person like Adam Fox who
doesn't have really any friends.  No one has ever really shown

1      him much of a care.  He can't get enough of Dan.

2             And what's Dan do?  The evidence will show that Dan

3      takes the Watchmen from shooting pepper targets and tree stumps

4      in the back.  He takes them to do real military style tactical

5      training.  So the training that the government holds up here

6      today with people standing like this and breaching, the

7      government did it.  Dan.  He gave them all that training.  None

8      of these guys know how to do any of that kind of stuff.

9             THE COURT:  Well, I mean, you got -- you got to hue

10     the line.  You can't get ahead of yourself or I'm going to

11     change the order of proofs.

12            MR. GIBBONS:  I can do that, Your Honor.

13            THE COURT:  All right.

14            THE GIBBONS:  So the evidence will show that the

15     training is not to kidnap the governor.  The evidence will show

16     that the training was brought to the table by the government to

17     make it look like these guys were --

18            MR. KESSLER:  I think we just crossed the line.

19            THE COURT:  That's over the line.  Okay.  So the order

20     of proofs is real clear where the government's case in chief

21     and your opening has to be limited to things that the

22     government can bring in its case in chief, not to things that

23     may or may not happen down the road.  And it's one thing to use

24     the preview of the evidence as you see it to say there was no

25     agreement.  It's another thing to start down a pathway of

1    saying somebody else induced the agreement.  And that's a whole

2    different avenue.  There are some overlaps, but you have to

3    stay within the lane for now, and if you go forward with a

4    different approach in your case in chief you get a chance to

5    talk about all of this.

6           MR. GIBBONS:  Correct, Your Honor.  If I may, with

7    respect to that and this training issue, it is not being

8    offered as evidence --

9           THE COURT:  Well, but your argument just made it that

10   because you just -- you just used words that go well beyond

11   saying no agreement.  That's why I think Mr. Kessler started to

12   stand up and why I'm saying the line is there.  There is

13   overlap, I get that.

14          MR. GIBBONS:  Okay.

15          THE COURT:  But we are not at stage 2 yet.  May never

16   get there.

17          MR. GIBBONS:  I will -- I will move forward

18   accordingly.

19          In any event, Ladies and Gentlemen, as we move forward

20   into July, Mark, UCE Mark, that undercover employee Mark, Mark

21   comes down to have a meeting with Adam Fox, because Mark is at

22   this point the guy that he has in his militia.  Adam Fox has

23   also picked up another person, another man to join his militia.

24   His name is Sean Fix.  Mark comes down to a barbecue on August

25   1st.  Mark is at the barbecue.  Adam Fox is at the barbecue.

Sean Fix is at the barbecue.  Sean Fix is the XO.  Evidence
will show that XO is a term that they use in the militia
apparently and they use in militias.  XO is executive officer.
So that's kind of the person that's supposed to get things
done.  It is also the position that Dan the informant occupies
with the Watchmen.  He is their XO.  So it's his job to get
things done.

Mark is at the barbecue for about five hours.  It's at
the Sean Fix residence.  You are going to hear testimony that
things aren't what they appear.  You are going to hear
testimony that Sean Fix is a navy seal.  That Sean Fix did five
tours in Iraq and Afghanistan.  That Sean Fix suffers from
combat induced PTSD.  That Sean Fix has access to incredible
military equipment, but you'll also hear evidence that none of
that is true.  Sean Fix it turns out -- after Mark gets done
with the barbecue, turns out Sean Fix has never been in the
military at all.  It turns out that all of it is play acting.

And at the barbecue where Adam Fox has indicated there
was going to be 15 or so people showing up of different
militias that he had invited and different people he wanted
there who had militia import, the only ones to show up were UCE
Mark and Sean Fix, and he had Adam had his girlfriend Amanda
there and Sean Fix's girlfriend at the time.  Her name was
Amanda as well.  They lived together.

And there was a plan discussed, not reached or agreed

1    upon, but there was a plan that day.  And the plan that day was

2    that they could get Governor Whitmer and they could kidnap her

3    if they got a boat and went to Mackinaw Island.  And the plan

4    would be that they could go to the governor's mansion, which is

5    actually a state park and not her home in any way whatsoever,

6    and they could take custody of her person, take her back to the

7    boat, put her in the boat, take the boat out into the straits

8    of Mackinaw, and Sean Fix could then fly in with a Black Hawk

9    helicopter to take the governor away from the boat so that they

10   couldn't get -- so no one would know where they would go to

11   another area where there would be a rally point with a huey

12   helicopter.  And eventually a water exit is discussed up the

13   St. Lawrence Seaway for an ocean exit.  It's going to be a

14   great plan if we agree on it.

15         You will hear that at this meeting copious amounts of

16   marijuana was being smoked.  UCE Mark does his job.  He has one

17   Miller Lite but everybody else is three sheets to the wind.

18         The evidence will show that this isn't a one time deal

19   either.  The evidence will show that there were other meetings

20   with the informants where this kind of nonsense is being

21   talked.  And it doesn't stop.  They keep going.

22         The evidence will show that the real talk of

23   kidnapping Governor Whitmer is really not something my client

24   really wanted to do or anybody else.  The evidence is going to

25   show that when the informant in various meetings would

1    encounter resistance to the suggestion that these individuals

2    do this, they didn't want to do it.  They would say it's a bad

3    idea.  He'd give them other ideas.  Plan Bs.  Well, if you

4    don't want to do Plan A you can do Plan B.  Plan B might be

5    suggested by Dan incredibly --

6                MR. KESSLER:  Your Honor, I think we're -- he is

7    opening the door for us to put in argument.

8                THE COURT:  It's perilously close.  I know it's not an

9    easy line to walk, but I tried to make it pretty clear.  You

10   get to advance the theory if and whether another Defendant

11   asserts it, but it's not now.  The case in chief is whether

12   there was an agreement as charged on any of these things,

13   whether these Defendants joined it, and whether there was an

14   overt act.  And other things, you know, may come later.  But in

15   the early going it's a much more limited issue, and if it goes

16   too much further we'll just start, you know, advancing

17   everything up front, and you know, I didn't think that's what

18   the parties wanted.

19               MR. GIBBONS:  That is not what I want, Your Honor.

20               THE COURT:  I know.  Then you better hue your line

21   closely, because you are stepping over it as far as I'm

22   concerned.

23               MR. GIBBONS:  But my point is, is --

24               THE COURT:  It's not -- it's one thing to say there

25   was no agreement.  It's another thing to say it was all the

1    government's idea.  That's a different story.  That's a story

2    that comes later if and when we get that far.

3            MR. GIBBONS:  Very good, Your Honor.

4            As we move forward into August there is no agreement

5    at Munith.  Again, there is another big event.  An FTX.  The

6    boys, this group, not all of them but most of them are

7    altogether.  Supposed to be a big opportunity to get this deal

8    done.  That's what Dan Chapel wants but it doesn't happen.

9    They don't agree.  There is no conspiracy at this point.  This

10   group really doesn't get together again, the evidence will

11   show, until September.

12           The government has made mention of encrypted chat

13   platforms and chat groups.  The government put up a page that

14   showed Adam Fox and Barry Croft on each side of four Watchmen.

15   The evidence will show that they are not a group.  Adam Fox

16   didn't consider them to be his men.  There was no plan for them

17   to be men.

18           The government will have gone to great lengths I think

19   throughout this trial and throughout the investigative process

20   to put Adam Fox and others in compromising positions so that if

21   you can take their conduct --

22           MR. KESSLER:  Your Honor, I think he is doing it

23   again.

24           THE COURT:  It is when you are starting to talk about

25   that kind of thing.  It may come in but it comes in in another

1    stage, not here.  And then, you know, that's why we discussed

2    the need potentially to call back witnesses and all the rest so

3    that there would be to the extent we can draw clear lines,

4    clear lines, and it's important to keep them that way.

5                MR. GIBBONS:  Very good, Your Honor.

6                The encrypted chats will not bear out as the

7    government has promised.  The encrypted chats will show that

8    there was not a group of operators operating and talking and

9    communicating exclusively like one would expect.  If a group is

10   moving forward and has agreed on a plan as the government has

11   alleged, that group should have some identity.  The evidence

12   will show that they did not and that the government's evidence

13   on that point will fail.

14               We get to the end of the case.  The government

15   suggests that Adam Fox and others agreed with the informant,

16   Red, who is the baker, the individual who is supposed to

17   provide the bomb.  The evidence will show that no one really

18   wanted to buy the bomb and no one was willing to make a

19   commitment to buy the bomb.  The evidence will show that UCE

20   Red ended up extending the opportunity to acquire a bomb on an

21   IOU.

22               And this gets me to my final point.  We talked about

23   receipts in the jury pick yesterday.  I want to see the

24   receipts.  This bomb was supposed to cost, the evidence will

25   show, $4,000.  When the boys were arrested in October -- on

1    October 7, they were to meet with Red and they were promised

2    that there would be free gear, and the government will not be

3    able to prove that it was clearly communicated or agreed

4    between them that they were going to get a bomb.  The

5    government will not be able to show that Adam Fox brought the

6    money to put a down payment on the bomb.  The evidence will

7    show that Adam Fox had been broke as a joke the entire summer.

8    He had no income other than whatever he could scratch out of

9    the Vac Shack selling vacuum cleaner belts and vacuum cleaner

10   bags.  The evidence will show that on the second or third of

11   October he received a back payment from the State of Michigan

12   in excess of $8,000, and that money was in his bank and that

13   money was available to him.  The evidence will show that he

14   also had back at the Vac Shack $600 in cash in a box next to

15   his bed on the floor.

16        All of that will convince you, and everything else

17   we've discussed, that at the end of this trial these gentlemen,

18   and more in particular Adam Fox, my client, did not agree with

19   any person in any real way to kidnap Governor Whitmer.  There

20   was no agreement.  There was no conspiracy, and there was no

21   overt act made in support thereof, because there was no

22   agreement.  No conspiracy.  The verdict at the end of this case

23   I humbly will suggest it's going to be not guilty and an

24   acquittal on both counts for Adam Fox.

25        THE COURT:  All right.  Thank you, Mr. Gibbons.

1          Mr. Kelly, are you going to be using the screen?

2          MS. KELLY:  No.  I am not.

3          THE COURT:  All right.  Go ahead.

4          MS. KELLY:  Thank you, Your Honor.

5          Good morning.  In May of 2020 Daniel Harris, my

6    client, was scheduled to celebrate his 23rd birthday.  Not a

7    year out from his honorable discharge from the United States

8    Marine Corps he was living at home with his parents.  He was

9    working a security job and was watching as our country was

10   dealing with COVID-19 executive orders which shut down our

11   state and a myriad of social and political movements which

12   rallied in cities throughout our nation.

13          He watched the murder of George Floyd at the hands of

14   law enforcement officers and he watched as protestors burned

15   down cities like here in Grand Rapids.  He was unhappy about

16   the direction that he perceived our country was headed and was

17   generally worried something worse was going to happen.  He

18   wanted to get involved.

19          Daniel attended different rallies like the Black Lives

20   Matter rally.  He went to the rally against the stay at home

21   orders in Lansing, and he went to a pro Second Amendment rally

22   also in Lansing.

23          He owns firearms.  We talked about that yesterday.

24   And it was not unusual for him to be carrying a firearm.

25   Daniel comes from a long line of military and law enforcement

men and woman in his family.  He enlisted under the delayed
entry program when he was just 17 years old.  Most, if not all,
of his family members own firearms, and you are going to see
some of them here during the trial.  The government is going to
bring in his AR-15 and show it to you.  It sounds like they are
going to bring in his FN pistol F09 that he had on October 7th,
and maybe just maybe you're going to see his Century Arms rifle
that he purchased from his grandmother, who is also a veteran,
for around $400.  So you'll see those items.

Like most 22 year olds Daniel was active on social
media and various chat apps.  He joined various FaceBook groups
and used other apps like Signal and Wire and Threema.  That was
before he joined the Wolverine Watchmen.  And in May of 2020,
around May 1st, he joined a FaceBook group called the Wolverine
Watchmen.  It was suggested to him by one of his friends,
another veteran, because, hey, these guys do trainings.  Just
as the informant Dan wanted to join the Wolverine Watchmen
because he was interested in training.  It's a thing.  Afraid
he might lose his skills that he learned in the military.  He
wanted to continue his firearms skills, tactical skills and
medical training.

See, Daniel was working towards earning a contract to
go over to Afghanistan to work in a security position.  It's a
much sought after track for recently discharged veterans, and
not surprisingly during the shutdown Daniel was also encouraged

1    by the social aspect of this group, the Wolverine Watchmen.

2            And you'll notice a thing that I am going to talk

3    about.  Shooting guns and drinking beer.  To be accepted in the

4    Wolverine Watchmen he described his experience as a military

5    person.  His medical training.  He talked about his guns that

6    he owned, some of which I just described, and that he liked

7    hunting and fishing.  He also described some of the courses

8    that he earned in the Marine Corps.  How to make IEDs.  How to

9    do a tourniquet.  And you'll see some of those from the

10   government exhibits from his notebooks from the Marine Corps.

11           Within about two weeks after joining the Wolverine

12   Watchmen Daniel started meeting them in person, and on May

13   14th, 2020, he met Dan, who Mr. Gibbons has already described

14   to you.  Sometimes referred to as CHS Dan.  Sometimes the group

15   would call him Big Dan and Skinny Dan.  I call Daniel, Daniel.

16   But Daniel was quickly charmed by Dan.  His self-proclaimed

17   military prowess and his employment as a firearms instructor,

18   perfect guide for Daniel to hook up with, right?  A man nearly

19   a decade his senior who painted himself as a war hero.  Daniel

20   was immediately drawn to Dan and trusted him.  Sometimes Daniel

21   would call Dan dad.  That's how much he trusted him.

22           While Dan was officially the second in command or XO

23   as Mr. Gibbons has described, most of the Watchmen believed him

24   to be the leader and they looked to him to lead these

25   trainings.  Throughout the summer of 2020 Daniel met with other

1    Watchmen in Munith, Michigan, in Fowlerville, and was driven to

2    Wisconsin by Dan.  These properties, which is important, these

3    are private properties.  So these are people that would allow

4    other people with guns to come and shoot and to do trainings.

5    That's what it was.

6           Big Dan kept Daniel out of certain conversations as

7    described by Mr. Gibbons.  And Daniel, from time to time, would

8    ask Big Dan, hey, you guys aren't doing anything more sinister,

9    right?  Nothing worse is happening, right?  And Big Dan would

10   provide Daniel that reassurance.  When offensive acts were

11   suggested, many of the younger guys, including Daniel, left.

12   They separated.  They left the Watchmen.

13          Now, Daniel continued to go to places to shoot guns,

14   to work on his medical skills, to share information that he

15   learned in the Marine Corps with others that were interested,

16   and to continue his training.

17          The government didn't mention this in their opening

18   statement, but Daniel also traveled with some of the guys and

19   Big Dan to Peebles, Ohio.  There they met Frank Butler, and

20   described by Mr. Gibbons, Frank Butler become a laughing joke

21   by the younger guys of the group because of his wild ideas to

22   break into the CIA building, to kidnap the governor.  He was a

23   laughing stock to Daniel and others.  And after this meeting,

24   Ty Garbin, who you'll hear from, drove the guys across the

25   state line and they got drunk at a hotel.  That was the big

1    thing about Peebles, Ohio.

2            Daniel made many inappropriate and immature statements

3    throughout the summer.  He liked to send memes and he liked to

4    quote from movies and shows like South Park.  He liked to talk

5    about drinking and girls and guns.  He liked to light off

6    fireworks.  The government talked to you about a firework that

7    was set off in Luther.  Hey, Daniel, you want to set this off?

8    Sure.  And that's what you'll see.  That's what the evidence

9    will show.

10           He showed loyalty in ways that you and I might not

11   show it, and he was not perfect in the summer of 2020, but he

12   has not done what the government has accused him of.

13           I talked yesterday with you guys about that jury

14   instruction about how to determine credibility, and the judge

15   will instruct you on that later, but looking at ways to

16   determine who is telling the truth on the stand, that's up to

17   you guys.  And you will hear from Ty Garbin and you will hear

18   from Kaleb Franks.  The government will call them.  Those are

19   two members of the Watchmen close in age to Daniel Harris.  I

20   want you to pay close attention to the inconsistencies of the

21   statements that they've made as time as gone on.  That's going

22   to be an important key piece and I'll talk to you about that

23   again at closing argument.

24           As I mentioned, Daniel Harris was kept in the dark

25   about vital information related to the government's case.  That

weekend in Luther, that's Ty Garbin's property.  Fully scripted

by the FBI several weeks prior.  And it included --

THE COURT:  That's the same issue for Mr. Gibbons, and

it's going to be up to each of you to decide if you want to

open stage two, but if you open it before we get there, then I

am going to give the government a chance to respond even if you

don't want to.

MS. KELLY:  Fair enough.

THE COURT:  You understand?

MS. KELLY:  Yes, Your Honor.

THE COURT:  Go ahead.

MS. KELLY:  At that Luther weekend there are all three

confidential human sources, Dan, Jenny and Steve, two

undercover agents who I only know as Brad and Mark, many other

agents waiting in the wings of the pole cameras that were

installed and MSP waiting on 131.  For this weekend, this

weekend that was a big piece of the government's case, Daniel

Harris brought his gun you'll see paraded in here.  He brought

a poop emoji hat for someone -- that's for another person, and

he brought his dog Ollie that he rescued while in the Marine

Corps.  So you know where his mind is on that weekend.

He made opening remarks to the group in Luther about

the importance of safety, and then he ran a medical tent

through the whole day.

Not one person -- and I know the government said he

1    initially agreed to go in their opening statement, and I

2    understand it's not evidence.  Not one person told Daniel

3    Harris about the night ride along to the governor's house.  Not

4    one person told him about Red or these bomb videos.  He was

5    working at the medical tent.  He had no idea.  Not Big Dan, not

6    Steve, not Jenny, not FBI agents, not his closest friends who

7    will be painted that way, Ty Garbin or Kaleb Franks.  And the

8    question that I'll ask you at the end of this case is why

9    didn't anybody tell him that?  And I think it's because they

10   knew he didn't want to go.  He did not agree or enter into any

11   agreement to conspire to commit kidnapping or possess weapons

12   of mass destruction.  And as the Court has told you, in looking

13   at jury instruction 103, you can't make up your mind until you

14   hear all of the evidence, and I encourage you to follow that

15   presumption of innocence, that proof beyond a reasonable doubt,

16   that proof which is you would not be hesitant to rely and make

17   the most important decision of your life.  That's the kind of

18   proof we are talking about in this case.  And I will come to

19   you at the end and I will ask you to find Daniel Harris not

20   guilty.  Thank you.

21             THE COURT:  All right.  Thank you.  We'll go to

22   Mr. Hills.

23             MR. HILLS:  Good morning, Ladies and Gentlemen.  My

24   name again is Mike Hills.  It's my pleasure to represent

25   Brandon Caserta in the trial of this matter.

1        Now, what I'd like to do is walk through what I
2   believe the evidence will show as far as Mr. Caserta's
3   experience through all of this thing, and you've already heard
4   a lot of they did this and they did that.  Well, you are going
5   to find, I think, that Mr. Caserta wasn't at a lot of events.
6   You have heard about some of them.
7        You have heard that Dan was involved with recording
8   events.  He was, and he recorded a lot of events.  He recorded
9   a lot of phone calls.  I'll just throw out some dates.  You are
10  going to get these, but there was meetings at the Vac Shack for
11  example.  My client wasn't involved in that.  You've heard
12  about meetings in Ohio.  My client wasn't involved with that.
13  You won't hear any recordings with my client on the phone.  So
14  there is the they.  My client wasn't involved in a lot of this,
15  and I'm going to walk through what my client was involved with
16  so you can then separate that from what he was not involved
17  with.
18       So in the spring of 2020 my client was living in the
19  metro Detroit area, Canton, in a very small apartment, a
20  one-bedroom apartment, and he was working as a machinist also
21  in that area, in the Canton area, metro Detroit.
22       My client had a vehicle, a sedan.  I believe it was
23  about 21 years old.  211,000 miles on it.  Not terribly
24  reliable, but it was his.  You will also find that my client
25  was, I think some people might call it a prepper.  Some people

1    might say being prepared.  There's going to be evidence that my

2    client had big tubes of dried food, MREs, things to last maybe

3    90 days or so.  You're also going to see that he had, like, a

4    water filtration device, saws and ropes and things, survivalist

5    kind of things.  You are also going to see that he was a gun

6    enthusiast.  He had a kit.  I think you are going to understand

7    what a kit is after this.  There's going to be testimony that

8    that's a vest with armor plating on the front and on the back

9    and it also had little pockets for your magazines with bullets

10   in it and a tourniquet.  You'll have medical equipment in that

11   thing, too.  And he also had guns.  He had four of them.  He

12   had two pistols and two long guns.

13          Now, you've heard about a lot of different charges and

14   counts.  My client is only charged with one count, conspiracy

15   to kidnap the governor of Michigan.  He is not charged in any

16   mass destruction or any -- with any illegality with these guns

17   or the bullets that were at his apartment.  I think you'll find

18   that there are no charges there.  They are all completely

19   legal.

20          So you've heard from openings, and we don't need to

21   remind you of the spring of 2020 with the pandemic and the

22   shutdowns, riots, et cetera.  The fabric of our country was

23   being stretched if not torn at that time.  And my client was

24   concerned about society and what was going on, as many of us

25   were, and he was looking to train.  He doesn't have this

1    military background, so he was looking to get some trainings in

2    case of societal break down he could protect himself and his

3    property.  And if he is in a group he can help others and help

4    protect them and they can help protect him.

5          So he was looking on line and he found a group on line

6    called the Wolverine Watchmen.  And in order to get into this

7    group then you download an app.  They call it an encrypted app.

8    It is supposes to be an encrypted app, but it's one you get off

9    your phone and you download it from the app store.  So he

10   downloaded it from the app store, and he is then in a series of

11   chat groups that you can talk with these other individuals who

12   are also gun enthusiasts and would like to train.  So that's

13   how you initially get into this group.

14         And the chats -- you know, I have been on this case

15   for a while, the chats get confusing because there is a lot of

16   them.  But I want to stop here and just go over one of them for

17   a moment, because my client is in some and my client is not in

18   others.  So there are two fafo chats.  Fuck around and find

19   out.  One is long form and one is going to be on Wire, and that

20   is one that occurs August, July and in that timeframe.  And

21   there are -- I think there are going to be a lot of chats that

22   you are going to see from that.  My client was not in any of

23   that.

24         Fafo after August 31, Dan, I believe sets up a chat

25   there, and then my client is in that one.  So he is not in the

1    first one but is in the second one.  So I just want to bring

2    that to your attention so you at least have some context where

3    my client is and where my client isn't.  Because that's

4    important to me on my client's behalf.

5         So first training.  I'll do an overview really quick.

6    My client sum total, he got into the Watchmen June 8th and 9th

7    of 2020, and then was arrested on October 7th of 2020.  In that

8    time sum total my client was involved with five trainings.

9    June 14th, June 28th, early July, July 11th and 12 in

10   Wisconsin, and July 26th at Fowlerville which is Kaleb Franks'

11   father's house.  Kaleb Franks is one of the individuals that

12   you will hear from that is going to testify.  And then finally

13   Luther.  There are two other meetings that my client is

14   involved with in August.  One at his house on August 16, and

15   then another one on August 23rd at Daniel Harris's mother and

16   father's house at Lake Orion.  So that's the sum total of where

17   my client was.

18        June 14th, 2020, that's the first training exercise,

19   if you will, that my client was involved with.  And this is at

20   Munith, Michigan.  You are going to hear the names, but Pete

21   Musico lived there with a son-in-law, I believe, Joe Morrison

22   and Joe Morrison's wife, Jada Morrison.  And this is the first

23   event my client goes to, and this is what is mostly dry fire.

24   In other words, manipulating your weapon, unloading, reloading,

25   that kind of thing.  I think there was some live fire but not

much.

And so when my client gets to Munith, Michigan on June 14th, Dan is fully engaged with the Watchmen at that time.  He has been there for a couple of months already.  So this is what my client steps into.  And Dan is there on June 14th.  He is at every one, all of these, and he's fully recording this event and training.  I believe you'll see that he is basically the trainer.  And like my colleague indicated, that's attractive to these people because that's what they are there for.  He's got all of the experience, et cetera.

So my client comes back.  The second one that my client goes to, again, is at Munith, Michigan.  That's central lower Michigan in the Jackson area, again, at the Musico/Morrison residence, and at this training I think Mr. Gibbons indicated that there was this meeting.  My client shows up.  I believe that I'll call him Big Dan goes and gets Adam Fox, Sean Fix, Amanda Baker, and Amanda Keller, and then brings them back to Munith.  It's a trailer.  I think you'll get -- maybe we'll have some pictures of it.

And there is a meeting and then there is another meeting.  So there is one meeting outside apparently, and this is not recorded.  Apparently the batteries died and there is no recording of this event.  So there is a meeting, and I think that the testimony is going to be that there is ideas of storming the Capitol with a couple hundred men and basically

1    it's rejected. And this is my client's second time and last

2    time at Munith, and I don't know if it was said, but none of

3    this is my client's idea. You won't hear anybody say that my

4    client said any of this at the June 28th meeting.

5           Then there is a separate meeting where Big Dan goes

6    into a trailer and they talk about certain things, whatever it

7    is. It's out of my client's purview. My client doesn't go

8    into the trailer. He is not invited in, and he leaves.

9           The next event my client is invited to is Wisconsin,

10   and this is billed as a family event but it's live fire. We

11   are going to train. We are going to, you know, shoot, shoot

12   our guns and we are going to do different things. So this is

13   attractive to my client. Again, he doesn't have a vehicle so

14   he rides with Big Dan. Big Dan gets a suburban and he picks up

15   everybody. He picks up -- I can't remember who is in the car.

16   Kaleb Franks, Ty Garbin, a gentleman named Paul Bellar, Daniel

17   Harris, my client, and Big Dan. And Big Dan drives them to

18   Wisconsin.

19          And you've heard that this is hosted by -- basically

20   by service -- or confidential human source Steve, and at this

21   event for the first time there is what you call a shoot house,

22   and they assemble it in this guy's yard, and I think they

23   showed pictures of it. It's plywood in a circle, and they have

24   a door, and they practice going in one, two, three, four, and

25   then they shoot at some targets that are a few feet away, and

1      then sometimes they even go through another opening in the

2      plywood and they shoot again.

3              So this is the first time my client has ever done any

4      of this kind of training, and it's live fire.  They get to

5      shoot their guns.  You'll see they also do some other training.

6      There are barrels and they go in pairs and they are, like, by

7      the barrels, and somebody runs and somebody shoots at the berm

8      or the steel targets, and another person runs and then they

9      shoot again by these barrels at a berm with steel targets.

10     Okay.  So this is Wisconsin.

11             You are also going to hear at Wisconsin that Barry

12     Croft is invited.  This is the first time my client first -- he

13     meets them twice.  Once at Wisconsin, and I think the

14     government has cued up a recording of it.  And Barry is talking

15     about having national law courts and treason and got to shoot

16     airships out of the sky and chain saw trees down and lay them

17     across the road from Ohio to Timbuktu.

18             Now, as I indicated, none of that that you'll hear is

19     my client agreeing to any kidnapping.  The government searched

20     my client's house, and I told you what they found there as far

21     as guns, two long guns, two pistols.  No missiles, no rockets

22     to shoot airships out of the sky.  Not even -- he has a little

23     saw I think but no chain saw to chain saw trees down and lay

24     them across the road.

25             Okay.  And so that's Wisconsin.  And Dan drives

1    everybody back.  And the next training they -- as I think has

2    been indicated kind of separated from Munith and the Morrison I

3    think you are going to hear that there is issues with Jada

4    Morrison and Joe Morrison and Pete Musico.  So this group kind

5    of separates from the Wolverine Watchmen.  Not because they are

6    coordinating with Adam Fox, but because there are issues with

7    Jada Morrison/Joe Morrison drama basically going on in Jackson.

8    So they separate.

9          So after Wisconsin my client goes to his third

10   training.  Fourth training.  I'm sorry.  Because two in Munith,

11   one in Wisconsin, fourth training.  July 26th.  And this is

12   live fire at Kaleb Franks' father's residence in Fowlerville,

13   Michigan.

14         Now, in this Dan is leading the training and

15   recording, and they are using Kaleb Franks's PT Cruiser, so I

16   think we are going to get to see a videos of them training in

17   the PT -- in and around the PT Cruiser.  They are getting out

18   of the PT Cruiser, shooting their guns, backing up, shooting

19   their guns at these steel targets, and then they park the PT

20   Cruiser sideways, and then they run up to the PT Cruiser and go

21   around and shoot the guns, criss-cross around and shoot the

22   guns.  So that's the training at Fowlerville.

23         One more training to go for my client.  There is no

24   more training in July.  That was July 26th.  In August my

25   client is involved in two meetings.  The first one he calls

1    cause he'd like to talk to everybody about what's going on in

2    the world, et cetera.  He wants to have a meeting.  So he calls

3    a meeting.  One person shows up.  Guess who shows up?  Big Dan

4    with his tape recorder concealed.  So Big Dan meets with my

5    client for several hours, and out of this I believe that the

6    government is going to play some recordings of that.  And

7    it's -- I think they've got it cued up a statement or some

8    statements my client had made about contact tracers.  Nothing

9    to do with kidnapping the governor.  Nothing to do with

10   kidnapping the governor.  Okay.

11        So the next meeting my client is involved with is

12   August 23rd.  This is, as I indicated, was at Daniel Harris's

13   mom and dad's house, and there is a group meeting there, and

14   the government will play recordings of that.  And some of them

15   my client is on.  He was there.  No agreement to kidnap the

16   governor of Michigan.

17        One to go.  Luther, Michigan.  So my client was

18   invited to go to Luther, Michigan, and you've heard that there

19   are other informants at Luther, Michigan.  And at Luther,

20   Michigan, I think the government opened with there is a model

21   of the governor's house.  I think what the evidence is going to

22   show is that there were steel -- metal stakes in the ground and

23   blue tarp draped around it, okay, and an opening.  There's no

24   door.  It's just an opening.  And again, you know, Dan is

25   training and they are going in and pointing their guns.  And

1    you saw the sinister one with my client.  He had his hood over,

2    you know, posed.  So that's -- that's the training.  Second

3    time my client has ever been in a, quote-unquote, shoot house.

4    It was not a model of the governor's house.

5         And there was some other training as indicated, some

6    medical training.  Mr. Harris, I believe, was doing some

7    medical training.  So there was that going on as well.

8         Now, the government mentioned that individuals went up

9    to the governor's house that evening.  My client did not go.  I

10   think the government, it sounds like, is going to describe that

11   he was too drunk to go or something.  He did get drunk that

12   night.  I don't think there is any question about it, but not

13   at that time.  But he did not go.  This was the second time

14   that there was -- that they -- that people, Dan and others,

15   went up to the governor's property.  There was another one on

16   August 29.  Brandon Caserta did not go.

17        You heard that after this ride along or

18   reconnaissance, whatever you want to call it, at Luther, this

19   is in September, September 12th is when that would have

20   happened, that the next morning there was a meeting.  Well, let

21   me -- let me back up.  Before that I think you are going to see

22   that the fed, I'll call him fed Red, UCE Red, he was an

23   undercover working for the FBI.  He brought a video that the

24   FBI created of explosions and bombs, and he brought it to

25   Luther.  And I believe that the government is going to play you

excerpts of when he is showing it to people.  Brandon Caserta
is not among them.

Okay.  Next morning the government talks about a
meeting and Brandon Caserta is there.  The government is going
to play you excerpts I believe from this meeting.  You are not
going to hear Brandon Caserta on any of those recordings.

Brandon Caserta was not in charge of any training.  He
didn't training anybody.  He wasn't in charge of deciding that
there was going to be a shoot house in Wisconsin.  He wasn't in
charge of where to place barrels in Wisconsin.  He wasn't in
charge of putting together a shoot house in Luther.  He didn't
help construct the shoot house in Luther.  He didn't train
anybody at Luther.  He didn't go on a recon or a ride along on
August 29th.  He didn't go on any ride along or recon on
September 12th.  He didn't agree to kidnap the governor of
Michigan.

The Judge is going to tell you to consider each of
these Defendants separately.  That's why I'm spending so much
time in my opening going through my client's experience with
this.  You are to consider Brandon Caserta separately as well
as Mr. Croft, Mr. Harris and Mr. Fox.

So there are no more events after Luther that my
client attends.  There's the -- the government attributed a
statement for my client.  I think they are going to play it.
He -- between Luther and October 7 he had been pulled over

1    twice and got traffic infractions.  One for no proof of

2    insurance and one for I believe not using his blinker.  And he

3    was upset.  He says some mean things frankly, stuff that I

4    wouldn't approve of, and you are going to hear them and they

5    sound bad.  They are bad.  But they are not an agreement to

6    kidnap the governor of Michigan because he never did.  Thank

7    you.

8            THE COURT:  All right.  Thank you, Mr. Hills.

9    ****************************************************************

10           THE COURT:  Do you need the video.

11           MR. BLANCHARD:  No, Your Honor.  Thank you.

12           The FBI is supposed to protect us from dangerous

13   criminals and terrorists.  They are also an agency that's

14   supposed to protect our freedoms, and when they are doing that

15   they are expected to have thick skin.  That means in protecting

16   our rights they don't punish people for saying mean things

17   about them, and they are not supposed to target people that

18   they are angry with.  And we expect that when the FBI starts an

19   investigation they'll use responsible tactics, and we expect

20   that they'll follow the facts where the facts lead them, not

21   follow their preconceived notions to their end goal, and if

22   they find out that they are wrong about what they initially

23   thought, we expect that they'll end the investigation.

24           See, back in 2017, the FBI noticed that Barry Croft

25   was saying mean things about them on FaceBook.  Barry believed

1    that the FBI had one of his friends killed, and the FBI began

2    to target Barry, but until 2020, nothing developed out of the

3    investigation.

4         In 2020 the FBI began investigating a group called the

5    Wolverine Watchmen.  The agents decided at the beginning,

6    before they knew anything about these men, that this was going

7    to be what they called a TEI.  A TEI is FBI lingo for a

8    terrorism enterprise investigation, or a really big case.  And

9    back in April of 2020, one FBI agent bragged to another that he

10   had told his boss, quote, I am going to work this as a TEI

11   whether you give me the paperwork or not.

12        To accomplish their goal of working as a terrorism

13   enterprise investigation, the FBI used confidential human

14   sources or snitches.  You are going to hear about a number of

15   snitches in this case.  You are going to hear about Steven

16   Robeson, who also goes by Steve Roby, Steve Robeson, Roby, Roby

17   Steve.  You are going to hear about Jenny Plunk.  You are going

18   to hear about Dan Chapel.  I expect you are going to hear about

19   others.

20        The FBI recruited Steve Robeson to work as a snitch.

21   Robeson is a felon with a criminal history spanning nine states

22   and several decades.  It's not much of a stretch when talking

23   about Robeson to say he's done all of the crimes.  He's got

24   convictions for theft and bail jumping, fraud and assault, and

25   he's also a professional snitch.  In addition to this case

1    Robeson worked as a snitch in a biker gang case.  He worked as

2    a snitch in an attempted murder for hire case when he claims

3    somebody confessed to him in a jail.

4         And the problem is the FBI ignored all of Roby's

5    problems and hired him to target a man who had expressed what

6    the FBI calls antigovernment views.  He did these things on

7    FaceBook.  And I mean, frankly, this is a man who spent more

8    time in FaceBook jail than all of us and really all of our

9    community combined.  It's a man named Barry Croft.  And so they

10   had Mr. Robeson reach out to Mr. Croft and invite him to

11   meetings.  And Robeson would wear a wire at these meetings, and

12   he'd give the recordings back to his handlers, and he'd report

13   back some of what happened at the meetings.

14        And when the government heard the recordings and heard

15   what Mr. Robeson said they knew they needed to close the

16   investigation into Mr. Croft but they didn't.  They knew they

17   didn't have enough evidence to try Mr. Croft to this case, but

18   they continued because they had decided, remember, back in

19   April of 2020, they were going to work this like a TEI whether

20   they got the paperwork or not.  Regardless of whether they had

21   the facts to justify it or not.

22        So they set out specifically to target Mr. Croft on

23   line, and you are going to hear that there was an approval

24   process before the FBI can start targeting its citizens.  And

25   you'll hear that Mr. Robeson was targeting Mr. Croft in person

1    before he even had permission to target him on line.

2         You are going to hear that Mr. Robeson invited

3    Mr. Croft to a meeting in Dublin, Ohio on June 6, and you'll

4    hear that Robeson flipped on his recorder and captured some

5    mean words that day.  And when Robeson reported back to his

6    handlers, they ignored two important things.

7         First of all, Robeson was plying these guys with

8    drugs.  At Dublin, Ohio and every event thereafter Robeson, the

9    FBI employee, and virtually everyone else there was stoned.

10   Like, absolutely bonkers out of your mind stoned.  And the FBI

11   has rules about this, not only because marijuana is illegal

12   federally, but it's because they want to capture criminals, not

13   folks who say stupid stuff while they are high.  But because

14   they decided back in April of 2020 that this was going to be a

15   TEI they brushed that aside.  They just ignored that their

16   snitch as rolling blunts with everyone.

17        The FBI also ignored that Mr. Robeson was selectively

18   using his recorder.  You'll hear that CHS Dan, Dan Chapel, that

19   he would record a lot of stuff.  Then we have Robeson who he

20   would turn it on when he thought someone was about to say

21   something interesting.  But he'd leave it off when he was

22   getting folks whipped up into a frenzy.  And you'll recall back

23   in spring and summer of 2020 we had a lot of social unrest.

24   There were riots going on.  Dublin is right outside of

25   Cleveland.  There were riots in Cleveland and Robeson got these

1    guys worked up about that, worked up about what was happening.

2    Tried to take them over to see it.  When he gets them back at

3    the hotel and they are all worked up he flips on his recorder

4    and catches some mean talk.

5         Why were they willing to ignore this?  Well, they had

6    been looking at Croft for years and they hadn't found anything

7    and they were willing to ignore Roby breaking the rules because

8    they had that end goal.  They wanted to work this like a TEI

9    but there was no plan, no agreement, and no kidnapping.

10        On July 11, Robeson invited a lot of people to

11   Cambria, Wisconsin for what was billed as a family friendly

12   patriot event.  The FBI hired another snitch named Jenny Plunk.

13   She lives in west Tennessee.  They hired her to drive from west

14   Tennessee about eight hours to Delaware to get Mr. Croft and

15   make sure he made it to Cambria, because you'll hear Barry

16   likes to stop and run his mouth really.  I think you'll

17   conclude they were afraid he'd stop in Ohio and start talking

18   about the constitutionalists and patriots there, and they got a

19   reminder to take him all the way from Delaware to Cambria.  And

20   you'll hear that people on the outside looking at that

21   relationship they referred to Jenny Plunk as his girlfriend or

22   his wife because of the way she behaved.  Interestingly, you

23   won't hear recordings of that ride.

24        And when they get to Cambria, again, there were

25   copious amounts of marijuana.  And when high Roby got everyone

1    whipped up in a frenzy, turned on his recorder to capture some

2    crazy talk, but there was no plan.  There was no agreement, and

3    there was no kidnapping.

4         And so after July 11 in Cambria Robeson decides, well,

5    we should get everyone together again on July 18 in Peebles,

6    Ohio, and he invites people.  There is supposed to be folks

7    from 10 to 13 states present.  There weren't.  You'll hear that

8    FBI agents and snitches describe this meeting as, quote, a

9    waste of time because the peasants weren't revolting.  They

10   weren't talking about crimes.  It didn't move the TEI forward

11   and so they were upset about that.

12        And you'll hear that people that attended that meeting

13   that aren't here were upset with Mr. Croft because he didn't

14   have any plan.  Because he got up there and he ranted, said

15   some crazy talk while stoned, and left.  But again, on July 18

16   there was no plan, no agreement and no kidnapping.

17        So the government didn't stop.  They arranged, through

18   their snitches, to set up what they call a field training

19   exercise at Ty Garbin's property on September 11th and 12th.

20   And the government wanted Mr. Croft to be there, so much so

21   that the government got him a hotel room in Big Rapids at the

22   Super 8, and they did that because they knew Mr. Croft doesn't

23   like to camp and they were afraid if they said you got to stay

24   in a tent he wouldn't come.  So Jenny Plunk rented him a room.

25        And as normal, there was lots of marijuana.  And after

everyone was good and stoned the FBI arranged a field trip, a
field trip up to Elk Rapids.  And they decided they were going
to take these guys up near the governor's house and so they put
Mr. Croft in a truck, in a truck that was owned by Dan Chapel,
a snitch, and driven by Dan Chapel, a snitch.  And in the front
seat of that car was a sworn FBI agent who was using the false
name Red, and in the back seat next to Mr. Croft another FBI
snitch, Steve Robeson.  And so they put -- after a day of
smoking marijuana they put Barry in the back seat of the car
and they take him on a field trip.

        And you'll hear they never actually found the
governor's house.  They didn't have the right address.  The FBI
drives him up around there, ends up taking Barry to a boat
launch where he smokes a cigarette, gets in someone else's
truck and rides back to the hotel where he goes to bed.

        After the Luther event there is still no plan, no
agreement, and no kidnapping.  At each step in this case the
FBI had good reason to close the case.

        Before the targeting of Mr. Croft was authorized
Robeson took Mr. Croft on vacation in May in South Carolina.
He was specifically told -- Robeson was specifically told to
leave Croft alone, but he targeted him anyway.  And when the
FBI learned that he disobeyed their direction to leave him
alone the evidence will show they should have closed him as a
source.  They should have closed Roby as a confidential human

1      source, but they didn't.

2            You'll hear that when they learned Robeson was smoking

3      pot with everyone in Dublin, Ohio they should have closed him

4      as a source.  When they learned that Robeson was selectively

5      reporting things that he thought sounded bad, they should have

6      closed him as a source.

7            When they heard Mr. Croft's crazy talk while stoned,

8      they knew it was just crazy talk and not a plan.  When they

9      heard Mr. Croft was talking about diverting rivers into

10     underground caverns in the Shenandoah Valley so he could grow

11     food by redirecting light using mirrors, they should have known

12     this was stoned crazy talk and not a plan.

13           When their snitch reported back that Mr. Croft was

14     telling him about how the Egyptian pyramids create a counter

15     magnetic flow that would allow Chelsea's chariots to enter the

16     atmosphere at three times the speed of light without crashing

17     into the earth's crust, they knew it was crazy stoned talk, not

18     a plan.

19           When he explained that the solution to our political

20     problems in 2020 is that we need a constitutional

21     correspondence committees in every state to send each other

22     letters and that will fix it all, the FBI knew this was stoned

23     crazy talk and not a plan.

24           When the snitches heard that Mr. Croft said what we

25     should do is we should cut down all the trees along the

Indiana/Ohio/Michigan border to protect the state because, I

don't know, people can't step over trees?  They knew it was

stoned crazy talk and not a plan.

When they heard Mr. Croft talk about using an

electromagnetic pulse device, you know, stuff from movies, to

disable electronics, they knew this was crazy talk, not a plan.

When they heard talk about maybe we should go hide in

the woods and bark at the Governor because then she'll know

maybe the animals have turned against her, they knew this was

stoned crazy talk, not a plan.

When there was talk about what we could do, you know,

we could put some car radios attached to car batteries in the

woods and play loud music at night like he's Manuel Noriega and

won't come out, they knew it was stoned crazy talk.

When there was talk about what we need to do is we'll

cut down the communication towers, we'll have them fall over

the runways so helicopters can't take off, they knew it was

stoned crazy talk.

When they heard talk about Black Hawk helicopters and

rally points on Lake Michigan and exits down the St. Lawrence

Seaway, they knew it was stoned crazy talk.

When they heard the suggestion, you know what we could

do, we could attach her to a kite and fly her over Lake

Michigan -- that's not how kites work.  They knew it was stoned

crazy talk.

When they heard Mr. Croft talk about direct energy
weapons from outer space that were causing the forest fires
that magically didn't jump across the border into Canada and
that the government was controlling them, they knew it was
stoned crazy talk.

When they heard talk about shooting down airships with
what?  They knew it was stone crazy talk.

When they heard talk about raising an army of 200 men
or putting a boat on the back of a semi tractor trailer,
driving it into a lake, and rolling out into the water because
water is my friend, somehow getting in the boat and doing who
knows, they knew it was stoned crazy talk.

The FBI was angry with Mr. Croft.  They knew that
Mr. Croft was angry with the government.

MR. KESSLER:  Your Honor, Your Honor, can we approach
for a minute?

THE COURT:  No.  What's the problem.  I mean, it's
argumentative.  It's over the top more like closing than
opening, but it's still tethered to the evidence.

MR. KESSLER:  But all that evidence we have had
rulings on and all --

THE COURT:  If none of the evidence comes in then it
will be a great opening statement with nothing to support it,
and I think the jury will follow my instructions to just decide
on the evidence, and it's up to every lawyer to take their

1    chances if they want to present things that may not come into

2    evidence.

3            MR. KESSLER:  We'll point it out, Your Honor.

4            THE COURT:  I think you probably will.

5            Go ahead, Mr. Blanchard.

6            MR. BLANCHARD:  The FBI knew that Mr. Croft was angry

7    with the government.  They also knew that he was all talk.  But

8    you can't prosecute someone for talking, so they brought him

9    nearly a thousand miles from Delaware to Michigan, put him in a

10   car with some folks he hardly knew, took him on a field trip

11   while he ran his mouth most of it.

12           There was never a plan.  We expect better from our

13   government.  We expect that they'll protect us from terrorists,

14   but understand that it's not criminal to dislike your

15   government.  It is quintessentially America to dislike your

16   government.  And you can tell the FBI that it's not okay to

17   prosecute people that you are angry with.  It's not okay to

18   prosecute folks because they run their mouth.  It's not okay to

19   decide before doing any investigation that a case will have a

20   particular outcome.  And the way you do that is by returning a

21   verdict of not guilty.

22           THE COURT:  All right.  Thank you, Mr. Blanchard.

23           So Mr. Blanchard had the opportunity to present an

24   opening that captured all the issues that he wants to

25   eventually argue to you, including entrapment.  Because

1     Mr. Gibbons, Mr. Kelly and Mr. Hills didn't have that chance

2     I'll go to you next, Mr. Gibbons, and give you your opportunity

3     for a supplemental opening.  Seven minutes.

4            MR. GIBBONS:  Thank you, Your Honor.

5            Good morning again.  It is still morning barely.  I

6     would like to talk to you about how this case worked with

7     respect to my client and how in the face of not finding

8     agreements with the wire that CHS Dan was wearing when he would

9     stop in at the Vac Shack and start talking to my client and

10    talk to him about militia stuff, trying to elicit interest and

11    ideas that are negative and hateful towards the governor.

12           Adam Fox would protest or at least say, hey, I don't

13    know if that's such a good idea.  He would reject the notion

14    that it would be a good thing to kidnap the governor.  Adam

15    would have concerns that it would be devastating to the

16    community if something like that happened.  But Big Dan was not

17    deterred.

18           We talked earlier this morning about the incentive for

19    Big Dan.  He is making envelopes full of cash.  Evidence will

20    show he was paid $64,000 for his work in the summer of 2020.

21    That really only keeps going if he can bring back something to

22    the FBI that they think is meaningful and useful.  Adam Fox

23    smoking copious amounts of marijuana and talking about

24    helicopters is really not going to get that done.

25           Dan presses forward.  He gives other ideas,

1   suggestions, questions, like, why don't you go up and put --

2   fire a round into the governor's house?  That doesn't cost any

3   money.  Why don't you get a hold of all the people we

4   introduced to you in Wisconsin and Ohio, the national militia

5   members?  Get a hold of them.  Have each state fire a high

6   caliber rifle into each state's governor's homes.  They can

7   mail the casings in on the same day, shoot them off at the same

8   day and amplify the message.

9          At Munith, on August 9th, the boys reject the

10  suggestion that the governor should be kidnapped.  That does

11  not deter Dan.  Dan needs an objective.  He's been imploring

12  them since June at meetings, taking them to Cambria, stopping

13  in, calling on the phone.  He says things like you can train

14  for everything but what's your goal?  Because the goal is what

15  the government wants.  Once you have a goal you can get an

16  agreement, a tacit agreement.  And if you get a tacit agreement

17  alls you got to do is stage something so it looks like they are

18  actually doing something about that tacit agreement.  It's an

19  unspoken agreement.  And I'll give you some examples of that.

20         The ride along up to Elk Rapids in August to surveil

21  the governor's cottage.  That idea was Dan Chapel's.  Dan

22  Chapel suggested it in July.  Dan Chapel suggested it again in

23  detail at the Munith training on August 9th.  Dan Chapel

24  arranges and invites people to go on his ride along.  He tells

25  people it's Adam's idea.  But I think the evidence is going to

1        show it wasn't Adam's idea.  It was Dan's idea.

2              You are going to see evidence that Mr. Chapel would

3        communicate by text with the FBI agents handling him, asking

4        them, who do you want to go on the ride along?  How many

5        ride-alongs do you want?  Dan had a lot of credibility with the

6        people he dealt with in this case and the militia in the

7        Wolverine Watchmen.  They wanted to please him.  He was -- they

8        perceived him to be a superior, a leader, someone they looked

9        up to.  They didn't want to say no.

10             Dan Chapel actually texted his supervising agent at

11       one point before the ride along that he thinks he's got 10 to

12       15 people lined up to go.  That's when he says, geeze, I don't

13       have that much room in my truck.  Maybe we should do two.

14             THE COURT:  Two minutes.

15             MR. GIBBONS:  The point is, everything that moves this

16       case forward, everything that gets us to October when these

17       guys are taken down in a parking lot in Ypsilanti, it's the

18       government moving all of them as Mr. Blanchard has indicated

19       with Mr. Croft's experience, sitting in a car with people he

20       doesn't know who are supposed to be intimately involved in some

21       conspiracy that he is involved in.  It doesn't add up.  None of

22       it proves an agreement.

23             My client is, first of all, not guilty you will find

24       at the end of the close of proofs because he never made an

25       agreement with anybody, and to the extent he was put in a

1    compromising position like being found in an informant's

2    vehicle in Elk Rapids, that's all the government's doing.  It's

3    all parlor tricks.  They never left the public road.  They

4    never left a public area.  They never went on her property.  He

5    is not guilty.

6            THE COURT:  All right.  Thank you, Mr. Gibbons.

7            We'll go to Ms. Kelly.

8            MS. KELLY:  Thank you.

9            THE COURT:  Seven minutes.

10           MS. KELLY:  Good afternoon, Ladies and Gentlemen.

11   Once again I wanted to start off in talking a little bit more

12   about the relationship with Big Dan and Daniel and talk a

13   little bit more about that training and why that training is

14   important.

15           Big Dan, when he met Daniel, held himself out to be an

16   instructor.  His business on LinkedIn says that he is an

17   instructor for training.  And Daniel, as I told you in the

18   beginning, was looking for that training and also for some

19   socialization with other people that thought like him.  So it

20   was very attractive to Daniel to follow Big Dan and go to these

21   trainings, these free trainings on private land to shoot his

22   guns.

23           I anticipate the evidence will show several other

24   members of the Watchmen that left the Watchmen will also say

25   the same thing about Big Dan.  Big Dan was the leader.  He was

1    in charge.  He led the trainings.  He showed us how to do

2    things.  I had questions.  How do I shoot out of a vehicle?

3    You go ask Big Dan.  That's who is leading these trainings and

4    that's what Daniel was looking for in the summer of 2020.

5         Big Dan drove the boys to the training in Wisconsin,

6    rented a big car so they could all fit in and drive there

7    together.  Daniel didn't have to pay for a thing there.

8         In May, right after May 14th, the first day that

9    Daniel met the Wolverine Watchmen, Big Dan takes the leaders,

10   Joe Morrison and Pete Musico, buys them some food and talks to

11   them about what your plan is.  And they say, we just want to do

12   defensive training.  We are worried that something bad is going

13   to happen to us.  That's what they wanted from Big Dan, and Big

14   Dan was pushing for more offensive training.  My BF training.

15   More going through houses.  That was Big Dan leading that

16   training.

17        Big Dan then calls the handlers in May and says, I

18   think these guys are just wasting my time.  I mean, what is

19   their plan even?  So he acknowledges to the FBI agents that

20   there is no plan.  These guys don't want to do anything.  They

21   are more worried about the world coming to an end.

22        But Dan was continuing to push these guys, and when

23   Adam Fox came on the scene, Big Dan then pushed these guys

24   toward Adam Fox.  Not successfully.  You'll see that in the

25   chat messages.  You'll see that in the group messages.  These

1    younger guys like Daniel and Adam Fox didn't talk a whole lot.

2    They didn't talk on the phone.  They talked over chat messages,

3    but they had their own private messages amongst themselves.

4          On that day, on June 15th, Big Dan keeps Daniel out of

5    a conversation with Joe Morrison talking about Adam Fox, and

6    then pulls him over at just the right time so Daniel is left

7    out of that conversation and brought in, and you'll hear that

8    conversation.

9          The government talked about explosives, and Daniel and

10   explosives and lighting up fireworks in Cambria, Wisconsin.

11   Guess who was the one that called Daniel over to talk about

12   explosives?  It was Big Dan.  Big Dan says, hey Daniel, you

13   know anything about explosives?  And Daniel says, I was an

14   infantry man in the U.S. Marine Corps.  I think I can try.

15   Whatever you say Big Dan.  I'll try.

16         And the government also talked about statements that

17   Daniel Harris made on August the 9th.  And I know Mr. Gibbons

18   has talked about August the 9th, but I want to put it into

19   reference with Daniel.  So Daniel is at a training at the

20   property in Munith, and they are asked who is down to kidnap

21   the governor?  Daniel says no.  Shut up.  We are not Frank.

22   Frank Butler.  You remember the guy that I told you was the

23   laughing stock of these guys.  No.  We are not doing that.

24   Again is asked, hey, who is -- I am not talking about killing

25   her, but like, what if we just go grab her.  No snatch and grab

1   I swear to fucking God is what Daniel Harris says.

2   What does Big Dan do with these agents because these

3   guys know that Daniel Harris is not down for the plan?  He

4   takes him out.  Gets him drunk.

5   MR. KESSLER:  Your Honor, I know I get to, like,

6   comment later on the failure to produce things, but we are

7   hearing things in opening statement that the Court has

8   expressly excluded as inadmissible.

9   THE COURT:  It's up to the lawyers I think to decide

10   what risks they want to take.  I made pretrial in limine

11   rulings, and if the evidence that they want to highlight

12   doesn't come in, I think the jury will be able to ignore it and

13   follow my instruction.

14   MR. KESSLER:  Understand, Your Honor.

15   MS. KELLY:  Thank you, Your Honor.

16   And so Big Dan takes Daniel Harris out for beers, and

17   then the agents and Big Dan call and they say, well, Daniel

18   Harris isn't down for this.  Maybe we can come up with a softer

19   target.  Let's think about a different plan because Daniel

20   Harris isn't down for this.  And that's Big Dan doing that.

21   THE COURT:  Two minutes.

22   MS. KELLY:  Thank you, Your Honor.

23   The two reconnaissance or field trips or whatever we

24   want to call it, August 29th and then in September, September

25   the 12th.  Daniel Harris isn't on those trips.  He is asked

1    because the agents tell Big Dan to ask him.  He says, no.  I

2    have to work.  What about Sunday?  No.  I have a date.  And

3    then he is never asked on September the 12th.  Never asked to

4    go on that trip.  So he is not on either of those trips.  First

5    he says no.  Second time he's never asked, never invited.

6    Because why?  Because Big Dan -- and I asked that question on

7    my first time that I got to talk to you all.  Big Dan says,

8    Beaker -- who you'll learn is my client's nickname that he got

9    in the Marine Corps.  Beaker won't want to.

10          When we come to the end of the case I told you at the

11   beginning Daniel Harris was not perfect in the summer of 2020.

12   He made statements.  He did things that you may not agree with,

13   but what he did not agree to is conspire to kidnap the

14   governor.  What he did not agree to was to weapons of mass

15   destruction or to possess destructive devices, and I'll ask you

16   at the end of this to find him not guilty of that.  Thank you.

17          THE COURT:  All right.  Thank you.  Ms. Kelly.

18          Mr. Hills, seven minutes.

19          MR. HILLS:  I think I want to use my time to emphasize

20   where my client was and where my client was not because we hear

21   Mr. Blanchard talk about a lot of things backing up even to

22   2017.  My client -- and then to May of 2020.  My client was not

23   aware, not a part of any of that portion of the investigation.

24   My client was working at his job, living in his apartment, and

25   gathering his prepper material as I talked about earlier.  He

came in in June of 2020.  And we've heard a lot of different --
a lot of different events.  The last one I heard was August
9th.  There was an August 9th FTX at Munith.  My client was not
there.

I already told you that my client -- Big Dan rented a
Suburban actually and Big Dan drove my client and others to
Cambria, Wisconsin based on the response by Steve Roby, and
they had the shoot house there and the government gets the
pictures of my client in the shoot house.  And I think you are
going to see that there were people taking pictures there.
Obviously videos because we've got them.  So it wasn't terribly
secret there.  But I wanted to emphasize, also, that at
Wisconsin it was I believe the 10th, 11th, 12th and the 13th.
The 10th and the 13th they went and then come home.

Before Wisconsin there was a meeting on July 7 at a
gentleman Paul Bellar, you'll hear his name probably
throughout, his house.  My client was not there for the
pregoing to Wisconsin meeting.

After Wisconsin there was another meeting in July,
July 23rd, at Daniel Harris's house.  My client was not there.

So I would ask you to please remember as we go through
this my client was only at five trainings.  Two of those are
shoot houses, and the shoot houses were all basically
government sponsored events.  Wisconsin was Steve Robeson as
we've heard now a lot about.  He was there and he was the one

1    that it wasn't at his house.  It was at his friend's house.

2    You will see the yard and you'll see the cornfield.  You'll see

3    a lot of people hanging about there.

4         And then the final one was at Luther, Michigan, again,

5    Ty Garbin's spot up north, Northern Michigan, and that was the,

6    I guess, grand daddy of the fed sponsored events because as

7    you've heard we got fed Dan, fed Red, fed Mark, fed Jenny, fed

8    Steve and probably lots of other feds surrounding the place I'm

9    sure.

10        But I want to emphasize that my client didn't have a

11   part in putting together the FTX at all, the field training

12   exercise as they call it.  You'll hear this lingo.  Didn't

13   build the shoot house.  And it doesn't appear to be terribly

14   secret.  There are lots of people there, and there are people

15   recording, taking videos, I believe some still pictures.  And

16   that's where they have my client in the shoot house.  They took

17   pictures of him in the shoot house.  Something that he didn't

18   put together or organize.  That's what I wanted to emphasize.

19        How quickly did I do that, Judge?

20        THE COURT:  You have three minutes left.  It's

21   uncharacteristic.

22        MR. HILLS:  The jury has heard enough from me.  I

23   thank you.

24        THE COURT:  Thank you, Mr. Hills.

25        We'll go to the government.

1          MR. ROTH:  Good afternoon.  The Court has generously

2     given me about 20 minutes.  I don't anticipate using nearly

3     that, but I do want to take some time, a few minutes to address

4     the issues of entrapment and give you an expectation of what

5     you are going to hear during this trial.

6          As has been discussed by the Defense attorneys you

7     will hear that there were a number of different informants and

8     investigators, undercover investigators used during this

9     investigation.  The number of undercover investigators, the

10    number of informants, is no evidence of entrapment at all.  In

11    fact, what you will hear and what you'll find is that the

12    number of investigators is dictated, if not necessary, because

13    of the seriousness of the offense that when you have people

14    dealing with weapons, a number of weapons, with explosives,

15    with bombs, you need more investigators to try and control that

16    because lives are at risk.

17         So now we get into what actually is entrapment.  It's

18    not an idea or a feeling.  I'm sure it's something we've all

19    heard from on TV, maybe have some rough idea, and as the Court

20    gave you an outline before, it is a legal standard.  It is not

21    just the way you feel upon hearing things.  It is a legal

22    standard.

23         And there are two very important ideas that I would

24    like to discuss with you.  This is exactly what the Court will

25    tell you.  If the government gave the Defendants an opportunity

1    to commit a crime, gave them an opportunity, that is not

2    entrapment.  So giving somebody a ride somewhere, not

3    entrapment.  Giving them a website, not entrapment.  Hosting

4    events, not entrapment.

5          The second idea that I want to discuss, second

6    principle of entrapment that is very important and a little bit

7    more lengthy, is that if the Defendant was already willing to

8    commit the crime then it's not entrapment.  These Defendants

9    were willing and eager if not already preparing to commit this

10   crime long before law enforcement got involved.

11         Let's go through them one by one, first talking about

12   Mr. Croft.  He's been involved in this Boogaloo movement about

13   civil war and overthrowing the government for years.  You will

14   hear recordings in which he talks about how many Novembers has

15   it been that I've been in this movement?  As you saw and as you

16   will see he has a tattoo on his arm, his forearm, that says,

17   expect us.  It's not just that, but below it what it says is

18   Second Delaware Continental Regimen.  This is not an actual

19   military regimen.  This is the regimen he believes in, he will

20   be a part of in the second civil war that he intends to start.

21   Nobody forced Barry Croft to do this.  Barry Croft got in his

22   car and drove across the country twice because this is and

23   always has been a very important thing for him regardless of

24   any law enforcement.

25         Let's talk about Mr. Fox.  Mr. Fox has also been

1    talking about this before meeting any informants, and in fact,

2    it is only because of his interest in this Boogaloo movement

3    and the idea of starting a second civil war by targeting law --

4    excuse me, by targeting government officials, that he even met

5    the informants.  As you heard and as you will hear it's when he

6    goes to these meetings already that he comes in contact with

7    informants.  Before he was going to these nobody was reaching

8    out to him.  Nobody was influencing him.  He got himself

9    involved in this.

10           It was Croft who ultimately -- excuse me, who

11    ultimately connected him to the Wolverine Watchmen.  And Fox

12    was no mere follower, and you will hear that from his own

13    words.  You will hear him say, the way I feel like I can lead

14    best is by fucking example.  I don't feel like I can be a good

15    leader telling people what to do things.  I think I can be a

16    good leader by showing them what to do.

17           Daniel Harris.  Daniel Harris had been talking about

18    and detonating bombs before meeting the informants.  He helped

19    build and set up a -- excuse me, helped build and sell ghost

20    guns independent of all this.  He and Ty Garbin and Kaleb

21    Franks came up with the idea to build and sell illegal and

22    untraceable firearms to people who could not otherwise buy

23    guns.  And within the movement he was certainly not subject to

24    anybody else's demand and certainly not to CHS Steve as has

25    been suggested.  But when Daniel Harris sees CHS Steve posting

things about the movement and the plans on FaceBook it's Dan
you will hear who tells him don't.  I wouldn't put it on
FaceBook Twitter.  None of that.  If you are going to send
that, fucking print it out and fucking mail it.  That's how
concerned he is about operational security that they not get
detected.  And it is in that same light that Daniel Harris
tells the others to change their encrypted chat application
because he, regardless of anybody else, is devoted to the
success of this mission.

        And finally, Brandon Caserta.  His home you will see
was filled with antigovernment conspiracy theory items.  No
informant, no law enforcement put those there.  This was a
topic and a movement that he was a part of well before.  And
you will hear him say, whatever we do in the future this is my
personal choice to be involved here, so I voluntarily consent
and I accept responsibility for anything that happens to me.
So you know, my word is solidified as far as what's going on.

        You will hear him say that CHS Dan and nobody else
told him to do anything.

        And while those are important points to pay attention
to as the trial goes on.  The most important is this.  Listen
to them.  Read their words.  Listen to their statements.

        And the same applies for Dan and the others.  You will
hear from Dan in these recordings time after time is uh-huh,
yeah, okay, right.  He listens.  He takes it in.  He is a

1    sponge.  But the others you will hear are the ones with

2    enthusiasm, eager to commit these crimes, coming up with new

3    ideas, coming to agreement and planning.  They chose this plan.

4    They chose this crime and it was because they wanted it.

5         Ms. Kelly also touched on another relevant point here,

6    which is that people left.  People left the Wolverine Watchmen

7    because of how extreme this was, because people were not into

8    this.  Nobody forced these people to participate.  People

9    walked away because of how extreme the Defendants were.

10        And then there is Ty Garbin and Kaleb Franks, and they

11   will tell you -- the two Defendants who are also charged in

12   this case, pled guilty to conspiring with these Defendants to

13   kidnap the governor.  They will tell you that they were not

14   entrapped.  They will tell you that they made their own

15   decisions, and they will tell you that the Defendants did the

16   same thing.

17        Attorneys make a lot of promises in opening

18   statements.  A lot of promises were made this morning, this

19   afternoon.  Pay attention to the evidence.  Pay attention to

20   what actually comes in as evidence, what actually happened

21   versus what we promise today.  It is what actually comes in as

22   evidence that matters.  Our statements, our arguments, do not.

23        When you consider that evidence, what is actually

24   introduced over the next few weeks here at trial, what you will

25   find is that these four men conspired amongst themselves and

others to go to the governor's home and to kidnap her at

gunpoint and that they were not entrapped to do so.  And at the

end of this trial we will ask you to find them each guilty of

those offenses.  Thank you.

****************************************************************

```
                                     INDEX


                                                     PAGE
        Opening Statement by Mr. Roth                 3, 71
        Opening Statement by Mr. Gibbons             14, 61
        Opening Statement by Ms. Kelly               32, 64
        Opening Statement by Mr. Hills               38, 68
        Opening Statement by Mr. Blanchard           50, 71
```

REPORTER'S CERTIFICATE


        I, Paul G. Brandell, CSR-4552, Official Court Reporter

for the United States District Court for the Western District

of Michigan, appointed pursuant to the provisions of Title 28,

United States Code, Section 753, do hereby certify that the

foregoing is a full, true and correct transcript of an excerpt

from the proceedings had in the within entitled and numbered

cause on the date hereinbefore set forth; and I do further

certify that the foregoing transcript has been prepared by me

or under my direction.



                         /s/ Paul G. Brandell

                         Paul G. Brandell, CSR-4552, RPR, CRR

                         U.S. District Court Reporter

                         399 Federal Building

                         Grand Rapids, Michigan  49503