UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ADAM DEAN FOX,
BARRY GORDON CROFT, JR.,
DANIEL JOSPEH HARRIS, and
BRANDON MICHAEL-RAY CASERTA.

    Defendants.

_____/

CASE NO. 1:20-CR-183

HON. ROBERT J. JONKER

**SCHEDULING ORDER**

An essential trial participant alerted the Court this afternoon of developing symptoms of and testing positive for covid over the weekend. That development prevents trial from reconvening on Monday, March 14, as originally planned. Assuming no other complications, the Court hopes to re-convene trial Thursday, March 17, 2022.

IT IS SO ORDERED.

Dated:  March 13, 2022

/s/ Robert J. Jonker
ROBERT J. JONKER
CHIEF UNITED STATES DISTRICT JUDGE