UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

CASE NO. 1:20-CR-183

v.

HON. ROBERT J. JONKER

ADAM DEAN FOX, et al.,

    Defendants.
_____/

### ORDER TO APPOINT COUNSEL FOR POTENTIAL WITNESS

IT IS ORDERED THAT the Federal Public Defender shall appoint counsel to represent Casey Mayan in the captioned case who is a potential witness in the trial that began March 8, 2022.

Dated:    March 29, 2022       /s/ Robert J. Jonker
                                                     ROBERT J. JONKER
                                                     CHIEF UNITED STATES DISTRICT JUDGE