UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.

BRANDON MICHAEL-RAY CASERTA,

       Defendant.
_____/

CASE NO. 1:20-CR-183-6

HON. ROBERT J. JONKER

## JUDGMENT OF ACQUITTAL

Upon delivery of the Jury Verdict in open Court and Defendant Brandon Michael-Ray Caserta having been found not guilty on **Count 1** of the Superseding Indictment,

**IT IS ORDERED** that the Defendant is acquitted, discharged, and any bond exonerated.

Dated:   April 8, 2022

/s/ Robert J. Jonker
ROBERT J. JONKER
CHIEF UNITED STATES DISTRICT JUDGE